Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 10-mc-22724-Scola



FILED BY _____ D.C.
FEB 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

KEITH STANSELL, et al.

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC); et al.,

    Defendants.
_____/

### WRIT OF EXECUTION/GARNISHMENT

**THE STATE OF FLORIDA:**
To the U.S. Marshal's Service

**YOU ARE COMMANDED TO** summon garnishees, **CITIBANK, N.A.,** by serving Charles J. Colella, Esq. 201 S. Biscayne Blvd, Suite 700, Miami, FL 33131-4332 to serve an answer to this writ on Plaintiffs' attorney, Tony Korvick, Esq., whose address is PORTER & KORVICK, P.A., 9655 S. Dixie Highway, Suite 208, Miami, Florida 33156 (305) 373-5040, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court at U.S. District Court Southern District of Florida, 400 North Miami Avenue, Miami, FL 33128, either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to **SAMARK J. LOPEZ BELLO** [Venezuela identification number 11.208.888, dob July 27, 1974], and **YAKIMA TRADING CORP.** at the same time of the answer or was indebted at the time of service of this writ, or at any time between such times, and in what sum and what tangible and intangible personal property of **SAMARK J. LOPEZ BELLO** and **YAKIMA TRADING**

**CORP.** the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at anytime between such times (specifically including the cash and securities in blocked account #s:

A170511000088772_OFAC, SDNTK Account Samark Jose Lopez Bello
A170330000086681_OFAC, SDNTK Account Samark Jose Lopez Bello
A170330000086680_OFAC, SDNTK Account Samark Jose Lopez Bello
A170330000086682_OFAC, SDNTK Account Yakima Trading Corp.

and whether the garnishee knows of any other person indebted to **SAMARK J. LOPEZ BELLO** and **YAKIMA TRADING CORP.** or who may have any of its property or property interests in its possession or control. Further the garnishees, **CITIBANK, N.A.** will be released from any liability and discharged upon compliance with Orders from this Court, including delivery to plaintiffs' counsel of the OFAC blocked proceeds. The amount set forth in plaintiffs' motion is Three Hundred One Million Two Hundred Seventy Six Thousand One Hundred Seventy Eight Dollars and Twenty Eight cents $301,276,178.28.

**WITNESS ANGELA E. NOBLE, as Clerk of the Court,** and the seal of said Court, at the U.S. District Courthouse at Miami, Florida, this ___ day of February, 2019.

ANGELA E. NOBLE
Clerk of the Court
By: _____
As Deputy Clerk