**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Keith Stansell et al. | 10-mc-22724-Scola |
| DEFENDANT | TYPE OF PROCESS |
| Revolutionary Armed Forces of Colombia ("FARC") et al. | writ of execution/garnishment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank, N.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o Charles J. Colella, Esq., 201 S. Biscayne Blvd., Suite 700, Miami FL 33131

RECEIVED FEB 25 2019

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
|---|---|
| Newt Porter, Esq., Porter & Korvick, P.A.<br>9655 S. Dixie Highway, Suite 208, Miami FL 33156<br>nporter@porterandkorvick.com | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve Writ of Execution/Garnishment and the attached Notice to Defendant under Fla. Stat. 77.041
[Alternate contact for service: Rose Marie Trujillo, Manager, Phone 305-679-5263]

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *NEWT PORTER ESQ* | 305-373-5040 | 2-22-19 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 2/25/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Rosemarie Trujillo  Branch Manager | 2/25/19 | 1:35 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

\* Served Rose Marie Trujillo (Branch Manager) 201 S. Biscayne Blvd.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18