# EL AISSAMI & LOPEZ BELLO Network
## February 2017

**U.S. Department of the Treasury**
**Office of Foreign Assets Control**

*Foreign Narcotics Kingpin Designation Act*



**Tareck Zaidan EL AISSAMI MADDAH**
a.k.a. Tarek EL AISSAMI
DOB 12 Nov 1974
POB El Vigia, Merida, Venezuela
Citizen Venezuela
Identification Number 12.354.211 (Venezuela)



← **Frontman**



**Samark Jose LOPEZ BELLO**
a.k.a. Samark LOPEZ DELGADO
DOB 27 Jul 1974
POB Venezuela
Citizen Venezuela
Identification Number 11.208.888 (Venezuela)

---

### Designated foreign entities linked to LOPEZ BELLO


**YAKIMA TRADING CORPORATION**
Panama
RUC # 3196611412868

↑ Owned or controlled by


**YAKIMA OIL TRADING, LLP**
London, United Kingdom
Commercial Registry Number OC390985


**PROFIT CORPORATION, C.A.**
Caracas, Venezuela
RIF # J-00317392-4


**MFAA HOLDINGS LIMITED**
Tortola, British Virgin Islands
Company Number 1793372


**GRUPO SAHECT, C.A.**
Caracas, Venezuela
RIF # J-29620174-9


**SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.**
Puerto Ordaz, Venezuela
RIF # J-31103570-2


**SMT TECNOLOGIA, C.A.**
Caracas, Venezuela
RIF # J-40068226-6


**ALFA ONE, C.A.**
Puerto Ordaz, Venezuela
RIF # J-31482089-3

---

### Blocked U.S. entities linked to LOPEZ BELLO


**AGUSTA GRAND I LLC**
Miami, FL
Tax ID No. 36-4802365


**1425 BRICKELL AVE 63-F LLC**
Miami, FL
Tax ID No. 71-1053365


**1425 BRICKELL AVENUE 64E LLC**
Miami, FL
Tax ID No. 90-1019707


**1425 BRICKELL AVENUE UNIT 46B, LLC**
Miami, FL
Tax ID No. 90-0865341


**200G PSA HOLDINGS LLC**
Miami, FL
Tax ID No. 80-0890696

Owned or controlled by →

### Blocked aircraft


**N200VR**
Registered in Miami, FL
Gulfstream 200
Manufacturer's Serial Number 133