

ICRM Sanctions                                                                                          Date: November 12, 2018

| | | | |
|---|---|---|---|
| **Transaction Type:** | Account | | |
| **Block/Reject Date** | 03/27/2017 | **Maker SOEID** | |
| **ID#** | A170330000086680 | **Reporting Unit** | North America Region |
| **Status** | Approved | **Citi Entity** | CITIBANK N.A. |
| **Date Reported to OFAC** | 04/05/2017 | **License Id** | Not Applicable |
| **Type** | Blocked | | |
| **Reason for Blocking** | SDN present in transaction | **Matching Entry** | LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC). |
| **Field/(s) Matching** | NOTES / DETAILS | | |
| **Escalation ID** | | **Escalation Source** | Manual |
| **Sanctions Program** | SDNTK | **Match Accuracy Score** | |
| **Account Number** | ☐1743 | **Account Type** | Securities |
| **Account Owner/Account Party Name** | Six Sis | **Amount** | 111955811.51 |
| **Currency** | USD: US Dollar | **USD Equivalent** | $111955811.51 |
| **GSC Disposition Date** | 03/27/2017 | | |
| **Notes/Details** | Six Sis, on behalf of Samark Jose Lopez Bello, owns 81 security assets with various ISINs. The total quantity of shares is 167,988,430 with a total valuation 111,955,811.51 USD.<br><br>Note: Security assets owned by SDN, Samark Jose Lopez Bello were blocked on 3/24/2017 under SRM ID: A170330000086681.  This report represents additional settlements which posted at a later date of 3/27/2017. | | |
| **Also Blocked Under** | N/A | | |

© Citigroup Inc. 2018                                        Confidential                                        Page 1 of 1
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER  Stansell v. Revolutionary Armed Forces of Colombia ("FARC") et al.                    Citi 000073



ICRM Sanctions                                                                                                   Date: November 12, 2018

| | | | |
|---|---|---|---|
| **Transaction Type:** | Account | | |
| **Block/Reject Date** | 03/24/2017 | **Maker SOEID** | |
| **ID#** | A170330000086681 | **Reporting Unit** | North America Region |
| **Status** | Approved | **Citi Entity** | CITIBANK N.A. |
| **Date Reported to OFAC** | 04/05/2017 | **License Id** | Not Applicable |
| **Type** | Blocked | | |
| **Reason for Blocking** | SDN present in transaction | **Matching Entry** | LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC). |
| **Field/(s) Matching** | NOTES / DETAILS | | |
| **Escalation ID** | | **Escalation Source** | Manual |
| **Sanctions Program** | SDNTK | **Match Accuracy Score** | |
| **Account Number** | ▯1743 | **Account Type** | Securities |
| **Account Owner/Account Party Name** | Six Sis | **Amount** | 39121660.25 |
| **Currency** | USD: US Dollar | **USD Equivalent** | $39121660.25 |
| **GSC Disposition Date** | 03/24/2017 | | |
| **Notes/Details** | Six Sis, on behalf of Samark Jose Lopez Bello, owns 36 security assets with various ISINs. The total quantity of shares is 57,300,526 with a total valuation 39,121,660.25 USD. Note: Security assets owned by SDN, Samark Jose Lopez Bello were blocked on 3/24/2017. Additional settlements were posted on 3/27/2017 and reported per SRM ID: A170330000086680. | | |
| **Also Blocked Under** | N/A | | |



ICRM Sanctions                                                                                                    Date: November 12, 2018

| | | | |
|---|---|---|---|
| **Transaction Type:** | Account | | |
| **Block/Reject Date** | 03/27/2017 | **Maker SOEID** | |
| **ID#** | A170330000086682 | **Reporting Unit** | North America Region |
| **Status** | Approved | **Citi Entity** | CITIBANK N.A. |
| **Date Reported to OFAC** | 04/05/2017 | **License Id** | Not Applicable |
| **Type** | Blocked | | |
| **Reason for Blocking** | SDN present in transaction | **Matching Entry** | **YAKIMA TRADING CORPORATION,** Ph Ocean Business Plaza (Torre Banesco) Plaza Marbella, Piso 24, Oficina 24 08, Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama; Barbados; RUC #3196611412868 (Panama) [SDNTK]. |
| **Field/(s) Matching** | NOTES / DETAILS | | |
| **Escalation ID** | | **Escalation Source** | Manual |
| **Sanctions Program** | SDNTK | **Match Accuracy Score** | |
| **Account Number** | ☐1743 | **Account Type** | Securities |
| **Account Owner/Account Party Name** | Six Sis | **Amount** | 191779151.00 |
| **Currency** | USD: US Dollar | **USD Equivalent** | $191779151.00 |
| **GSC Disposition Date** | 03/27/2017 | | |
| **Notes/Details** | Six Sis, on behalf of Yakima Trading Corp, owns 15 security assets with various ISINs. The total quantity of shares is 345,106,000 with a total valuation 191,779,151.00 USD. | | |
| **Also Blocked Under** | N/A | | |



ICRM Sanctions                                                                 Date: November 12, 2018

| | | | |
|---|---|---|---|
| **Transaction Type:** | Account | | |
| **Block/Reject Date** | 05/05/2017 | **Maker SOEID** | |
| **ID#** | A170511000088772 | **Reporting Unit** | North America Region |
| **Status** | Approved | **Citi Entity** | CITIBANK N.A. |
| **Date Reported to OFAC** | 05/17/2017 | **License Id** | Not Applicable |
| **Type** | Blocked | | |
| **Reason for Blocking** | SDN present in transaction | **Matching Entry** | LOPEZ BELLO, Samark Jose (a.k.a. LOPEZ DELGADO, Samark), Caracas, Venezuela; DOB 27 Jul 1974; POB Venezuela; citizen Venezuela; Gender Male; Passport 122560011 (Venezuela); alt. Passport 055439970 (Venezuela); alt. Passport 002494535 (Venezuela); Identification Number 11.208.888 (Venezuela) (individual) [SDNTK] (Linked To: PROFIT CORPORATION, C.A.; Linked To: YAKIMA TRADING CORPORATION; Linked To: GRUPO SAHECT, C.A.; Linked To: ALFA ONE, C.A.; Linked To: SMT TECNOLOGIA, C.A.; Linked To: SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.; Linked To: MFAA HOLDINGS LIMITED; Linked To: 1425 BRICKELL AVE 63-F LLC; Linked To: 1425 BRICKELL AVENUE UNIT 46B, LLC; Linked To: 1425 BRICKELL AVENUE 64E LLC; Linked To: AGUSTA GRAND I LLC; Linked To: 200G PSA HOLDINGS LLC). |
| **Field/(s) Matching** | NOTES / DETAILS | | |
| **Escalation ID** | | **Escalation Source** | Manual |
| **Sanctions Program** | SDNTK | **Match Accuracy Score** | |
| **Account Number** | 1743 | **Account Type** | Securities |
| **Account Owner/Account Party Name** | Six Sis | **Amount** | 281997.18 |
| **Currency** | USD: US Dollar | **USD Equivalent** | $281997.18 |
| **GSC Disposition Date** | 05/05/2017 | | |
| **Notes/Details** | Six Sis, on behalf of Samark Jose Lopez Bello, owns 299,997 security assets of ISINUS780097AU54 with a total valuation of 281,997.18 USD.<br>Note: Security assets owned by SDN, Samark Jose Lopez Bello were also blocked on 3/24/2017 under SRM ID #A170330000086681. | | |
| **Also Blocked Under** | N/A | | |

© Citigroup Inc. 2018                                   Confidential                                   Page 1 of 1
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER  Stansell v. Revolutionary Armed Forces of Colombia ("FARC") et al.                        Citi 000076