UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola

KEITH STANSELL,  et al.

     Plaintiffs,
vs.

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC); et al.,

     Defendants.
_____/

**PLAINTIFFS' NOTICE OF COMPLIANCE FLA. STAT. § 77.055**
**(Citibank Amended Answer DE 126/Notice – Served April 8, 2019)**

Plaintiffs' undersigned counsel hereby certifies compliance with Fla. Stat. § 77.055

Service of garnishee's answer and notice of right to dissolve the writ, which requires that:

> Within 5 days after service of the garnishee's answer on the plaintiff or after the time period for the garnishee's answer has expired, the plaintiff shall serve by mail, the following documents: a copy of the garnishee's answer, and a notice advising the recipient that he or she must move to dissolve the writ of garnishment within 20 days after the date indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue. The plaintiff shall serve these documents on defendant's last known address and any other address disclosed by the garnishee's answer and on any other person disclosed by the garnishee's answer to have an ownership interest in the deposit, account, or property controlled by the garnishee. The plaintiff shall in the proceeding a certificate of such service.

Garnishee Citibank, N.A. ("Citibank") filed its Amended Answer to Writ of Garnishment DE 126 on April 8, 2019.  DE 126.  Pursuant to Fla. Stat § 77.055, Plaintiff's undersigned counsel hereby certifies service by First Class Domestic/International U.S. mail: (i) a copy of garnishee Citibank's Amended Answer DE 126; and (ii) a Notice advising the recipient that he or she must move to dissolve the writ of garnishment within 20 days of the date indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue.

1

The Amended Answer DE 126 and Notice were served on April 13, 2019 on the OFAC designated SDNTKs Samark Jose Lopez Bello and Yakima Trading Corp. who own the blocked assets being garnished, at the last known addresses identified by the OFAC SDN Listings, and their counsel.  While not required, the Notice and Answer were also served on other entities set forth in Exhibit 1.  Attached are (i) **Ex.1** Fla. Stat. § 77.055 Notice & certificate of service w/Amended Answer and (ii) **Ex. 2** Copies of USPS Int'l/Domestic First Class Mail receipts and envelopes.

Respectfully submitted May 7, 2019

| | |
|---|---|
| Newton P. Porter (FL Bar: 833738) | Richard B. Rosenthal (FL Bar: 0184853) |
| Tony Korvick (FL Bar: 0768405) | THE LAW OFFICES |
| PORTER & KORVICK, P.A. | OF RICHARD B. ROSENTHAL, P.A. |
| Attorneys for Plaintiffs | Co-counsel for Plaintiffs |
| 9655 South Dixie Highway Suite 208 | 1581 Brickell Avenue |
| Miami, Florida 33156 | Suite 1408 |
| Telephone:    (305) 373-5040 | Miami, Florida 33129 |
| nporter@porterandkorvick.com | Telephone: (305) 992-6089 |
| tkorvick@porterandkorvick.com | rbr@rosenthalappeals.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I served the foregoing document and the notice of electronic filing by the method set forth below to the following persons:

India Ingram, Esq.                                    (Email)
Counsel for Garnishee
Raymond James & Associates, Inc.
880 Carillon Parkway
St. Petersburg, FL 33716
(727) 567-4258
india.ingram@raymondjames.com

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington DC
[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

None of the FARC defendants have appeared and defaults were properly entered against them all prior to entry of the Default Judgment in MDFL Case 8:09-cv-2308. Accordingly, no further notice, service of pleadings, motions or writs is required to be served on the FARC or the individual FARC members identified in the ATA Judgment. Fed. R. Civ. P. 5(a)(2).

                                             s/Newt Porter
                                             NEWT PORTER (FL Bar 833738)
                                             PORTER & KORVICK, P.A.
                                             Attorneys for Plaintiffs
                                             9655 South Dixie Highway Suite 208
                                             Miami, Florida 33156
                                             Telephone:     (305) 373-5040
                                             nporter@porterandkorvick.com