UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola

KEITH STANSELL, et al.

    Plaintiffs,

vs.

FARC; et al.,

    Defendants.

_____/

**NOTICE**
(Fla. Stat § 77.055)

    You are being served a copy of the garnishee's amended answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 13, 2019, I served by First Class Domestic/International U.S. mail a copy of garnishee Citibank, N.A.'s Amended Answer DE 126 and this Notice pursuant to Fla. Stat. § 77.055 to each of the following person(s) or entity(s) via the delivery method specified below:

Samark Jose Lopez Bello, 1425 Brickell Ave. #63-F, Miami FL 33131- *1st class USPS mail*

Samark Jose Lopez Bello, Urb. Los Campitos, Calle Ruta B, Quinta Buenaventura No. 13 Distrito Federal, Caracas Venezuela - *1st class USPS int'l mail*

Yakima Trading Corp., Ph Ocean Business Plaza (Torre Banesco), Plaza Marbella Piso 24, Oficina 24-08 Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria), Panama City, Panama[1]-*1st class USPS int'l mail*

---

[1] On March 22, 2019, Lopez Bello and Yakima were provided Citibank, N.A.'s Answer (Docket Entry 87) and the Florida Statute's § 77.055, notice of the right to dissolve (with certificate of service) the writ of garnishment to Citibank, N.A. (Docket Entry 100; 100-1; 100-2). Samark Lopez Bello and Yakima Trading Corp. have appeared and pursuant to the Florida Statute's § 77.055 notice of the right to dissolve (Docket Entry 100-1; 100-2), Samark Lopez Bello and Yakima Trading Corp. received notice **and have already filed their motion to dissolve the Citibank, N.A. Writ of Garnishment on April 11, 2019 (Docket Entry 134 & Exhibits)**. Under these circumstances, Citibank's Answer DE 87, is the operative Answer and the Fla. Stat. § 77.055 Notice (DE 100) has already been provided. Nevertheless, in an abundance of caution Plaintiffs are sending out this Notice.

**OTHER ENTITIES**

Although not necessary parties, Plaintiffs are providing mail notice, as authorized under Fed. R. Civ. P. 5 and Fla. Stat. §77.055, of the following documents to Six Sis AG and Bank J. Safra Sarasin below: (i) Garnishee Citibank, N.A.'s Amended Answer (DE 126); (2) the statutory notice of the 20-day period for claimants with an ownership interest to move to dissolve the writ.[2]  *We are doing so even though neither Six Sis AG or Bank J. Safra Sarasin is the owner of the subject blocked assets, and any potential interest they may have had prior to the OFAC blocking no longer exists.*

*USPS First Class Int'l Mail*
SIX SIS LTD.
Headquarters
Sandro Heim
Head Client Executive Management
Pfingstweidstrasse 110
8005 Zürich Switzerland
+41 58 399 4061
sandro.heim@six-group.com

SIX SIS Ltd
Pfingstweidstrasse 110
P.O. Box
CH-8021 Zurich
Switzerland

Stephane Astruc, General Counsel
BANK J. SAFRA SARASIN SA
Elisabethenstrasse 62
Basel, Basel-Stadt 4002
Switzerland
Phone: 41 58 317 44 44
Stephane.astruc@jsafrasarasin.com

BANK J. SAFRA SARASIN SA
Attn: Compliance Officer
Rue de la Corraterie 4, Case postale
1211 Genève 11
Geneva, Switzerland

---

[2] On March 22, 2019, the "Other Entities" were provided Citibank, N.A.'s Answer (Docket Entry 87) and the Florida Statute's § 77.055, notice of the right to dissolve (with certificate of service) the writ of garnishment to Citibank, N.A. (Docket Entry 100; 100-1; 100-2). None of the "Other Entities" appeared pursuant to the §77.055 Notice (DE 100), to file a motion to dissolve the writ of garnishment to Citibank, N.A.  The Citibank Amended Answer does not "reset the 20 day time limitation" in Fla. Stat. §77.055 or extend the original time for filing a motion to dissolve under §77.07(2).  Citibank's Answer DE 87 is the operative Answer, however, in an abundance of caution we are sending out this Notice.

**COUNSEL MAILING AND NOTICE**:

Plaintiffs' undersigned counsel hereby certifies that this Notice and Certificate of Service to Samark Lopez Bello and Yakima Trading Corp. are being provided by first class mai to the below identified counsel, in an abundance of caution, even though counsel have already been provided Fla. Stat. § 77.055 Notice (w/cert. service) (DE 100) and have filed a motion to dissolve the writ of garnishment to Citibank, N.A.   The below counsel have received Citibank, N.A.'s Amended Answer previously on April 8, 2019 by ECF.

Jeffrey M. Kolansky, Esq.
Jeffrey Scott, Esq.
ARCHER & GREINER, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 279-9693
jkolansky@archerlaw.com
jscott@archerlaw.com

Glen M. Lindsay, Esq.
SAAVEDRA GOODWIN
312 S.E. 17 Street 2d Floor
Ft. Lauderdale, FL 33316
(954) 767-6333
glindsay@saavlaw.com

/s/Newt Porter
NEWT PORTER (Florida Bar No. 833738)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone:      (305) 373-5040
nporter@porterandkorvick.com