```
=======================================
              PINECREST
           11301 S DIXIE HWY
                MIAMI
                  FL
              33256-9998
              1158950099
04/13/2019    (800)275-8777    10:56 AM
=======================================
=======================================
Product                  Sale       Final
Description              Qty        Price
---------------------------------------
First-Class               1         $0.55
Mail
Letter
    (Domestic)
    (FORT LAUDERDALE, FL  33316)
    (Weight:0 Lb 0.70 Oz)
    (Estimated Delivery Date)
    (Monday 04/15/2019)
First-Class               1         $0.55
Mail
Letter
    (Domestic)
    (PHILADELPHIA, PA  19103)
    (Weight:0 Lb 0.70 Oz)
    (Estimated Delivery Date)
    (Tuesday 04/16/2019)
First-Class               1         $1.60
Mail
Large Envelope
    (Domestic)
    (MIAMI, FL  33131)
    (Weight:0 Lb 4.90 Oz)
    (Estimated Delivery Date)
    (Monday 04/15/2019)
First-Class               1         $5.83
Intl
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 4.90 Oz)
First-Class               1         $6.04
Intl
Large Envelope
    (International)
    (Switzerland)
    (Weight:0 Lb 4.90 Oz)
First-Class               1         $6.04
Intl
Large Envelope
    (International)
    (Switzerland)
    (Weight:0 Lb 4.90 Oz)
First-Class               1         $6.04
Intl
Large Envelope
    (International)
    (Switzerland)
    (Weight:0 Lb 4.90 Oz)
First-Class               1         $6.04
Intl
Large Envelope
    (International)
    (Switzerland)
    (Weight:0 Lb 4.90 Oz)
First-Class               1         $5.83
Intl
Large Envelope
    (International)
    (Panama)
    (Weight:0 Lb 4.90 Oz)
---------------------------------------
Total                              $38.52

Credit Card Remitd                 $38.52
    (Card Name:AMEX)
    (Account #:XXXXXXXXXX████)
    (Approval #:886592)
    (Transaction #:924)
    (AID:A000000025010801
    Chip)
    (AL:AMERICAN EXPRESS)
```



**PORTER & KORVICK**
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

Samark Jose Lopez Bello,
Urb. Los Campitos,
Calle Ruta B, Quinta Buenaventura No. 13
Distrito Federal,
Caracas Venezuela

---



**PORTER & KORVICK**
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

Samark Jose Lopez Bello,
1425 Brickell Ave.
#63-F,
Miami FL 33131



# PORTER & KORVICK
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

Yakima Trading Corp.,
Ph Ocean Business Plaza (Torre Banesco),
Plaza Marbella Piso 24, Oficina 24-08
Calle Aquilino de la Guardia y Calle 47 (Zona Bancaria),
Panama City, Panama

---



# PORTER & KORVICK
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

SIX SIS LTD.
Headquarters
Sandro Heim
Head Client Executive Management
Pfingstweidstrasse 110
8005 Zürich Switzerland



**PORTER & KORVICK**
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

SIX SIS Ltd
Pfingstweidstrasse 110
P.O. Box
CH-8021 Zurich
Switzerland



**PORTER & KORVICK**
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

Stephane Astruc, General Counsel
BANK J. SAFRA SARASIN SA
Elisabethenstrasse 62
Basel, Basel-Stadt 4002
Switzerland



# PORTER & KORVICK
TRIAL LAWYERS

PORTER & KORVICK, P.A.
PINECREST PROFESSIONAL BUILDING
9655 SOUTH DIXIE HIGHWAY, SUITE 208
MIAMI, FL 33156

BANK J. SAFRA SARASIN SA
Attn: Compliance Officer
Rue de la Corraterie 4, Case postale
1211 Genève 11
Geneva, Switzerland