United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Keith Stansell, and others, )<br>Plaintiffs, )<br> )<br>v. )<br> )<br> )<br>Revolutionary Armed Forces of )<br>Columbia, Defendant. ) | Case No. 19-20896-Civ-Scola |

### Order Adopting Report and Recommendation on Motion to Stay Sale

This matter was referred to United States Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters, consistent with 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. (ECF No. 108.) Movants Samark Jose Lopez Bello and his various related companies submitted an expedited motion to stay the sale of two motor vessels, set to occur on September 4, 2019. (Movants' Mot., ECF No. 239.) Judge Torres issued, on August 28, 2019, a report, recommending that the motion be denied. (Rep. & Rec., ECF No. 250.) The Movants have timely objected. (Objs., ECF No. 252.) The Court has reviewed, de novo, those portions of the report to which the Movants have properly objected and has reviewed the remainder of the report for clear error. After reviewing the filings, the applicable law, and the relevant record (including the nearly three-hundred pages of transcripts of hearings before Judge Torres submitted by the Movants (ECF No. 253)), the Court **adopts** Judge Torres's report and recommendation (**ECF No. 250**) in its entirety and **denies** the Movants' motion to stay the September 4, 2019, sale of the two vessels (**ECF No. 239**).

**Done and ordered** in chambers, at Miami, Florida, on August 30, 2019.

_____
Robert N. Scola, Jr.
United States District Judge