UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21517-CIV-HUCK/OTAZO-REYES

JOHN DOE, Plaintiff
v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants, and

SSM Petcoke LLC, Garnishee.
_____/

## AFFIDAVIT OF MARSHA MCINTYRE

I, MARSHA McINTYRE, depose and say:

1. I am the Director of Compliance for Oxbow Carbon LLC, the parent entity of SSM Petcoke LLC ("SSM"). I have personal knowledge of the facts herein.

2. On February 26, 2019, funds in the possession or control of SSM, which are owed to Petrocedeño S.A., became blocked property pursuant to the terms of 31 CFR Part 591, the Office of Foreign Assets Control's Venezuela Sanctions, as amended by Executive Order 13857 of January 25, 2019.

3. On March 4, 2019, SSM submitted a blocked property report to the Office of Foreign Assets Control ("OFAC") pursuant to 31 CFR §501.603. *See* Exhibit A, letter dated March 4, 2019 from Craig Cynor to OFAC and report attached thereto as Appendix A. In that report, SSM identified the "Owner" of the blocked property as "Petrocedeño S.A." and the "Property" as "amounts owed for inventory purchased from Petrocedeño

S.A." SSM identified the "Owner" and "Property" pursuant to definitions provided by OFAC. SSM takes no position regarding whether Petrocedeño S.A.'s interest in the blocked property is sufficient to meet the "ownership interest" requirement imposed by Section 201 of the Terrorism Risk Insurance Act.

4. On August 9, 2019, SSM was served with a Writ of Garnishment requiring it to serve an answer, *inter alia*, identifying tangible and intangible personal property of Petrocedeño S.A. that it had in its possession or control.

5. On August 29, 2019, SSM timely filed its Answer and Affirmative Defenses to Writ of Garnishment of Garnishee SSM Petcoke LLC, in which it identified the aforementioned blocked property.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2019.

_____
MARSHA McINTYRE

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, Nicolina Solimene, a Notary Public for said County and State, do hereby certify MARSHA McINTYRE personally appeared before me this day and acknowledged the voluntary execution of the foregoing Affidavit by her for the purposes stated therein.

WITNESS my hand and Notarial stamp, this 12 day of December, 2019.

_____
Signature of Notary Public of Florida

NICOLINA SOLIMENE
Commission # GG 097512
Expires August 23, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Nicolina Solimene
Printed Name of Notary

2