

Office of Foreign Assets Control,
Sanctions Compliance and Evaluation Division
U.S. Treasury Department
1500 Pennsylvania Avenue NW. – Annex
Washington, DC 20220.
ofacreport@treasury.gov

March 4, 2019

Dear Sir/Madam:

In accordance with 31 C.F.R. § 501.603, SSM Petcoke LLC hereby submits the report in Appendix A on blocked property held pursuant to OFAC regulations.

Respectfully submitted,

Craig Cynor
Executive Vice President

APPENDIX A

**Sanctions Program: Venezuela**

| Owner | Property | Location | Reference / Account # | Amount (US$) | Date Blocked | Name/Address Holder | Contact Person for Compliance Information |
|---|---|---|---|---|---|---|---|
| Petrocedeño S.A. | Amounts Owed for Inventory Purchased from Petrocedeño S.A. | Accounts Payable & Accrued Liabilities | N/A | $18,837,114.83 | Feb. 26, 2019 | SSM Petcoke LLC<br>1601 Forum Place<br>Suite 1400<br>West Palm Beach<br>FL 33401<br>USA | Marsha McIntyre<br>Oxbow Carbon LLC<br>Director of Compliance<br>561-907-5561<br>marsha.mcintyre@oxbow.com |