# **EXHIBIT F**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21517-CIV-HUCK/OTAZO-REYES

JOHN DOE,

    Plaintiff

v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants,

v. SSM Petcoke LLC,

    Garnishee.

_____/

**AFFIDAVIT OF DAVID L. GADDIS**

I, David L. Gaddis, declare and state as follows:

1.    My name is David L. Gaddis, I am over the age of 18 years, and I have personal knowledge of the facts set forth herein.

2.    I joined federal Drug Enforcement Administration (DEA) in February 1986, where I was assigned to the Atlanta Field Division. My subsequent assignments included the DEA Miami Field Division; the DEA's Office of International Operations drug interdiction program, known as Operation SNOWCAP, with extended assignments in South and Central America and San Jose, Costa Rica, where I worked as a Criminal Investigator in Costa Rica and Nicaragua, focusing on Colombian drug trafficking organizations. In 1995, I was promoted and

1

assigned to the Hermosillo, Mexico, Resident Office where I served as the Resident Agent in Charge. In 1998, I was assigned to DEA Headquarters in Washington, D.C., serving as Staff Coordinator and Section Chief in the Mexico and Central America Section, Office of International Operations. In 2000 I assumed the position of Deputy Chief of International Operations. In 2001, I was reassigned as Assistant Special Agent in Charge for the North Carolina District, where I managed DEA operations throughout the State until assignment to the Senior Executive Service as Regional Director for DEA's Andean Region in Colombia, Venezuela, Ecuador and Peru. As the DEA Regional Director in Colombia, I supervised enforcement operations for high-value targets of the Revolutionary Armed Forces of Colombia ("FARC") and drug trafficking cartels. I headed the management and enforcement operations of this region until 2006 when I was promoted from Bogotá, Colombia, to Mexico City, Mexico, as DEA's Regional Director for Canada, Mexico, and Central America.

3. In 2009, I was selected as Deputy Chief of Operations, Office of Global Operations, Chief of Enforcement Division, and reassigned to DEA Headquarters in Arlington, Virginia. In this capacity, I supervised, managed and coordinated enforcement and administrative matters for all of DEA's field elements – domestic and foreign – and represented DEA's offices worldwide on matters relating to joint investigations and enforcement initiatives and other programs within the inter-agency community. As the DEA Chief of Global Enforcement, I regularly coordinated with the U.S. Department of Justice's Office of International Affairs, the Asset Forfeiture & Money Laundering Section, and numerous U.S. Attorney offices.

4. Through my extensive career in law enforcement concentrating on narcotics trafficking, I learned of the Colombian drug cartels, their modus operandi, and how their illicit

2

enterprises affected socio-political conditions in Colombia and the surrounding countries of Venezuela, Ecuador and others in the Andean region.

5. The Colombian drug trade focuses on supplying illicit drugs to consumption populations in the United States, Europe and Australia. This drug trade requires extensive logistics coordination, both for the movement of product, and for reintegration of funds, which is achieved through money laundering networks. Colombian drug cartels utilize Venezuela, Brazil, Central America and Mexico as major international cocaine trafficking routes.

6. In my experience I have observed that the various drug cartels and the FARC coordinate their efforts to meet their distribution demands. I have also observed a number of Colombian drug cartels, including the FARC and the Ejercito de Liberacion Nacional ("ELN"), who generated "front" companies and nominee accounts to hide their illicit enterprises. The FARC and the ELN supply the raw materials for cocaine to the narco-trafficking organizations. More specifically, drug trafficking by the FARC and ELN accounts for almost all of these two narco-terrorist group's revenue.

7. The FARC effectively contributes to the worldwide supply of cocaine. It is estimated that 80% percent of the world's cocaine is produced in Colombia or in the neighboring border regions immediately adjacent to Colombia in Venezuela, Brazil and Ecuador with the aid and assistance of the FARC. The FARC is the world's leading cocaine manufacturer and trafficker.

8. The FARC runs an extensive criminal enterprise throughout Colombia, Venezuela and Central America. It has deep ties to nearly all major drug cartels, including the Mexican drug cartels. The FARC's cocaine distribution, terrorist and money laundering operations extend to Africa, the Mideast, Europe and Asia.

9. The FARC has been implicated in numerous acts of terrorism. The FARC is a foreign terrorist organization designated under Title 8, United States Code, Section 1189, originally designated on October 8, 1997.

10. Due to its own activities and its ties to both narcotrafficking and terrorist organizations, the U.S. Government designates the FARC as both a drug trafficking organization and an international terrorist entity.

11. Since the early 2000's, the FARC and its drug trafficking partners have increasingly used Venezuela and countries along or near the West African coast as shipment hubs for importing massive quantities of narcotics, particularly cocaine from South America, to be later distributed in Europe or elsewhere within Africa or Asia. Cocaine is transported by air and sea by South American front organizations with aircraft and ships to Africa for shipment to Europe. A particular 2006 case highlights the FARC's ability to operate in Venezuela, when Venezuelan drug trafficker Walid Makled brokered cocaine trafficking operations while utilizing both the Venezuelan Government and the FARC and ELN. Rather than running a traditional drug trafficking organization with an armed wing, Makled acted primarily as a broker, selling his services to the highest bidder, from corrupt elements in Venezuela's military — known as "Cartel of the Suns," to the FARC. In exchange, Makled promised safe passage of cocaine shipments, which left Venezuela by the ton. Makled maintains ties with Colombia's FARC, providing the guerrilla group with weapons in exchange for cocaine.[1]

12. I am aware of other cases where the Venezuelan military brokered cocaine shipments from the FARC and ELN to have smuggled into the arms of drug trafficking cartels in

---

[1] *See* Insight Crime May 13, 2019, "Walid Makled"; *available at* https://www.insightcrime.org/venezuela-organized-crime-news/walid-makled/

4

Mexico. While serving as the DEA Regional Director of Mexico I was the chief decision-maker on investigative cases that lead to Mexico-based cocaine interdictions directly from Venezuela and involving collaboration between the drug cartels, the FARC and the Venezuelan military.

13. FARC's connection to the corrupt Venezuelan military has long been known to me and is well-documented. For example, between 2004-2006 in a DEA investigation in which I was involved as the chief supervisor for planning enforcement raids, I found that after several raids at cocaine laboratories along the Venezuela and Colombia border corrupt Venezuelan Army troops and commanders removed the FARC patches from the dead FARC soldier's uniforms to prevent Colombian authorities and the DEA from recovering them in battle zones. These enforcement operations were coordinated with the Colombia Defense Forces and National Police, resulting in strategic strikes against drug trafficking FARC Fronts (Divisions) along the border between Colombia and Venezuela. As stated by confidential informants and captured FARC members, the Venezuela Government attempted to hide information that FARC and ELN were being supported by the Venezuelan Defense Forces. Further proof of the collusion between FARC and Venezuelan military members comes from the statements provided by Venezuela ex-justice and retired Col. Ramon Eladio Aponte Aponte. While serving on the Supreme Court of Justice, Aponte fled the country under the protection of the DEA after he had found himself involved in a war between two criminal networks. The Venezuelan judge exposed a document drafted by then minister of defense Raul Baduel for Chavez in 2007 that linked Gen. Rangel Silva to a narcotics trafficking case. In this particular case, more than two tons of cocaine belonging to the FARC was being guarded in Army barracks in a border area adjacent to

5

Colombia and was being transported by a military convoy when it was interdicted. Ironically, Rangel Silva was named Minister of Defense in 2012.[2]

14. Currently, the Colombian Military Intelligence service reports that FARC commanders are meeting in El Nula, Venezuela under the protection of Venezuelan military. Colombian Military Intelligence also reported that Venezuelan military and FARC/ELN are being jointly trained in military structure and tactics.

15. The connection between Venezuela and Colombian guerrilla groups FARC and ELN was highlighted in Congressional testimony from 2011, "The (Obama) Administration has significant concerns about connections between members of the Venezuelan government and U.S.-designated terrorist organizations such as the FARC, ELN, and ETA (Basque Fatherland and Liberty), all of which have been reported on in the press. In our assessments of Venezuela's cooperation with U.S. antiterrorism efforts, we have taken into account reports that the Revolutionary Armed Forces of Colombia (FARC) and the National Liberation Army (ELN) have crossed into Venezuelan territory to rest and regroup, to conduct drug trafficking activities, as well as to extort protection money and kidnap Venezuelans to finance their operations. In addition, we have also considered reports that some weapons and ammunition from official Venezuelan stocks and facilities have been found in the hands of these groups. These are matters of significant concern to us and to our Colombian allies."[3]

---

[2] Military Review, "*Criminal Networks in Venezuela, Their Impact on Hemispheric Security*", January-February 2016, page 60.
[3] United States Congressional Document and Publications: June 24, 2011, Page 1, Paragraphs 4, 5; House Oversight and Government Reform and House Foreign Affairs Subcommittee on National Security, Homeland Defense and Foreign Operations and House Foreign Affairs Committee Western Hemisphere Subcommittee and Middle East and South Asia Hearing- "Venezuela's Sanctionable Activity."

6

16. I am also aware of connections between the FARC and PDVSA, and they are embedded in the common link with the Venezuela military. PDVSA's oil generates almost all of Venezuela's export revenue, yet with its oil exports approximately 25% of what they were a decade ago, and that number still falling sharply, PDVSA is laundering money for the Venezuelan military and military proxy forces of the FARC and ELN - revenue gained from illegal drug trafficking in both Venezuela and Colombia. According to reports:

> Illicit operations carried out by white collar networks within the state-owned petroleum company PDVSA were reported in 2007, when the director of the Reporte Económico newspaper declared in statements to a Spanish newspaper that "PDVSA has become a nest of corruption, money laundering, and narcotrafficking." A subsequent investigation conducted by the Financial Crimes Enforcement Network (FinCEN), an anti-money-laundering unit of the U.S. Department of the Treasury, revealed that nearly $2 billion had been laundered through PDVSA and the Banca Privada d´Andorra (BPA).[4]

17. More specifically, the connection between the Venezuelan military and PDVSA lies in PDVSA's President and Chief Executive Officer, Manuel Quevedo. Quevedo, a career military officer with no past experience in the oil industry, was installed by Venezuela President Nicolas Maduro to head the broken state-run oil conglomerate. Since taking over PDVSA, Quevedo has militarized the company by nominating numerous Venezuelan military soldiers to executive posts in the company, none with significant experience in the oil industry. Since Quevedo taking over PDVSA, oil production has decreased approximately twenty percent. With such a sharp loss in revenue, the illegal proceeds from FARC and ELN drug trafficking activities substantially aid a steady revenue stream for PDVSA.

18. There has been long-standing cooperation between the FARC and ELN and the Venezuelan government, the Venezuelan military, Venezuelan state-owned companies generally,

---

[4] Colmenares, Leopoldo, Military Review, "Criminal Networks in Venezuela", Jan-Feb 2016. (Citing: "PDVSA, en la mira de EEUU por haber lavado U$ 2.000 millones," InfoBAE América, 12 March 2015, accessed 31 August 2015, http://www.infobae.com/2015/03/12/1715366-pdvsa-la-mira- eeuu-haber-lavado-us-2000-millones.)

7

and PDVSA specifically, in a joint criminal enterprise to send cocaine to the United States and launder the proceeds. This is accomplished in part through PDVSA's ownership and managing influences over subsidiaries in Venezuela and countries abroad. One example is Petrocedeno S.A.

19. The current Venezuela Government, similar to the Chavez Government before his death, is relying on FARC drug trafficking enterprises that are comingled with government connected corporations in order to boost finances of civilian government and military leaders. According to a recent summation of the relationship:

> "This alliance of Bolivarian states together with the FARC have coalesced into what we define as the Bolivarian Joint Criminal Enterprise – or a consortium of criminalized states and non-state actors working in concert with shared objectives. This joint criminal enterprise has not only taken billions of dollars from Venezuelan state coffers, but also used PDVSA as the central structure for money laundering and corruption throughout the region. The criminal portfolio used by those in this movement has continued to diversify as oil prices dropped and PDVSA's production stalled. Such conditions forced incoming president Nicolas Maduro to rely even more on activities like cocaine trafficking and illicit gold production, but even with PDVSA's decline the regime continues to function as a criminal operation.[5]

20. I have long been aware of the role of Venezuela in drug trafficking FARC cocaine. For example, in April 2006, a DC-9 ferrying 5.6 tons of cocaine from Venezuela was forced to land in Campeche, Mexico. As a DEA Regional Director for Colombia at that time, and later for Mexico, I was kept apprised of major narcotic interdiction events in the region by Mexico's Deputy Attorney General Jose Luis Vasconcelos and had operational knowledge from Vasconcelos that the DC-9 had belonged to the Venezuelan Air Force; DEA agents who later

---

[5] Douglas Farah, Caitlyn Yates. Maduro's Last Stand: Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise. IBI Consultants, LLC and National Defense University (INSS) May 2019 *available at* https://www.ibiconsultants.net/_pdf/maduros-last-stand.pdf citing citing William Neuman. "Venezuela Give Chávez Protégé Narrow Victory." The New York Times. 13 April 2013.)

8

were under my supervision were on site. (As stated, the FARC is the source of 80% of the cocaine, and was most likely the source of this shipment, in my professional opinion.) As was recently been reported by the Wall Street Journal, documents submitted by federal prosecutors from the Southern District of New York seeking the extradition from Spain of Hugo Carvajal, a former general who headed Hugo Chávez's military intelligence directorate, on drug trafficking charges, put forth this trafficking incident, as well as others, as evidence. The article relates the full-throated cooperation between the FARC and the Venezuelan government that was well-known in my field when I was a DEA Regional Director, and persists to this day[6]:

> Venezuelan President Hugo Chávez in the mid-2000s ordered his top lieutenants to work with Colombian Marxist guerrillas to flood the U.S. with cocaine in his government's efforts to combat the Bush administration, according to U.S. documents obtained by The Wall Street Journal that shed new light on the leftist regime's struggle with Washington.
>
> The documents, prepared by federal prosecutors from the Southern District of New York, outline for the first time the possible role of Mr. Chávez, an icon of the Latin American left who died from cancer in 2013, in drug trafficking. They assert that several leaders who served Mr. Chávez and remain in key posts in Venezuela's regime today wielded cocaine trafficking as a weapon against their ideological adversary, the U.S.
>
> In 2005, Mr. Chávez convened a small group of his top officials to discuss plans to ship cocaine to the U.S. with help from the Revolutionary Armed Forces of Colombia, or FARC, said a participant in the meeting who, at the time, was a justice on Venezuela's supreme court, according to the papers. The Bush administration was strongly criticizing his governing style then and had publicly approved of a 2002 coup that failed to oust him.
>
> "During the meeting, Chávez urged the group, in substance and in part, to promote his policy objectives, including to combat the United States by 'flooding' the country with cocaine," said an affidavit in the documents written by a U.S. Drug Enforcement Administration agent. The former supreme court justice was identified as Eladio Aponte, who fled to the U.S. in 2012 and has been a witness on drug cases, said a person familiar with his role in the investigations.

***

---

[6] *See Wall Street Journal* "Venezuela's Hugo Chavez Worked to Flood U.S. With Cocaine, U.S. Prosecutors Say", available at https://www.wsj.com/articles/venezuelas-hugo-chavez-worked-to-flood-u-s-with-cocaine-u-s-prosecutors-say-11568557780.

9

Case 1:10-cv-20896-RNS Document 350-4 Entered on FLSD Docket 06/10/2020 Page 11 of 16

As part of an alliance with the FARC, the affidavit says Venezuela's government discussed dividing drug profits while providing the rebels with weapons to fight the Colombian government. As part of an alliance with the FARC, the affidavit says Venezuela's government discussed dividing drug profits while providing the rebels with weapons to fight the Colombian government. The American officials characterized the Venezuelan military officers as a gang called the "Cartel of the Suns"—a reference to the insignia used by Venezuelan generals.

"The objectives of the Cartel of the Suns included not only enriching its members but also using cocaine as a weapon against the United States due to the adverse effects of the drug on individual users and the potential for broader societal harm," said a superseding indictment against Mr. Carvajal, one of the documents sent to the Spanish court.

*** 

The affidavit says that coordination between the guerrillas and the Venezuelan government to traffic cocaine was discussed in meetings with Mr. Carvajal that included Diosdado Cabello, a close Chávez ally now considered to be the Maduro regime's second most powerful man, and Tareck El Aissami, also a current top official. At one meeting, Mr. Cabello described sea and land drug trafficking routes through Venezuela, the documents showed. At another, Mr. Carvajal said coordination with the "comrades," meaning the FARC, was going well.

21. Indeed, it is well-documented, that the regimes of Mr. Chavez and his successor, Nicolas Maduro, have long used Venezuelan state-owned entities to further their narco-trafficking activities in alliance with Colombian guerrilla organizations FARC and ELN. For example, as has recently been reported, Venezuela and drug cartels used shipments from Mexico to Venezuela – ostensibly of food for a Venezuela state-owned food subsistence program – to hide shipments of cash generated by the cocaine trade. *See ABC International*, "Líderes chavistas recibieron dinero del narco mexicano vía Costa Rica" *available at* https://www.abc.es/internacional/abci-lideres-chavistas-recibieron-dinero-narco-mexicano-costa-rica-201909152304_noticia.html. This method of using legitimate commodities to hide illicit shipments is consistent with my experience. A number of the individuals and companies implicated in the scheme have been designated by OFAC. *See* July 25, 2019 OFAC Press

10

Release, U.S. Department of Treasury, "Treasury Disrupts Corruption Network Stealing From Venezuela's Food Distribution Program, CLAP" *available at* https://home.treasury.gov/news/press-releases/sm741. Those designated by OFAC include Colombians Alex Saab and Alvaro Puido. According to the Department of the Treasury, these Colombians, (who have known ties to the FARC), had access through Nicolas Maduro's sons to Maduro and Tareck Zaidan El Aissami Maddah (El Aissami), the current Minister of Industry and National Production and former Executive Vice President of Venezuela. *Id*. El Aissami himself has been designated a Specially Designated Narcotics Trafficker by OFAC. *See* Feb. 13, 2017 OFAC Press Release, "Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami and His Primary Frontman Samark Lopez Bello" *available at* https://www.treasury.gov/press-center/press-releases/Pages/as0005.aspx[7].

22. Both Saab and El Aissami have close ties to PDVSA. For example, an upstart company headed by Saab reportedly was handed a $4.5 billion contract from PDVSA despite no experience in the field.[8] El Aissami was named to the PDVSA Board of Directors in September 2018.[9] Through its willingness to link PDVSA to these known drug traffickers, Venezuela has brazenly left little doubt that PDVSA is part of a vast criminal drug dealing and money-laundering enterprise.

---

[7] El Aissami is also on the Immigration and Customs Enforcement's Most Wanted List. *See "Former vice president of Venezuela Tareck El Aissami and Venezuelan businessman Samark Lopez Bello added to ICE's Most Wanted List for international narcotics trafficking, money laundering" available at* https://www.ice.gov/news/releases/former-vice-president-venezuela-tareck-el-aissami-and-venezuelan-businessman-samark.
[8] *See* Reuters, "REPORTE ESPECIAL-PDVSA y Trenaco: el acuerdo que fue demasiado lejos en Venezuela" *available at https://lta.reuters.com/articulo/businessNews/idLTAKCN1061UJ.*
[9] *See Reuters,* September 9, 2018, "Venezuela names El Aissami to PDVSA board of directors" *available at* https://in.reuters.com/article/venezuela-pdvsa/venezuela-names-el-aissami-to-pdvsa-board-of-directors-idINKCN1LP0O9.

11

23. According to the Wall Street Journal report, this cooperation was so overt that in 2008 PDVSA pledged to purchase uniforms, computers and boats for the FARC. It states:

> At a 2008 meeting at a ranch in which Mr. Chávez was meeting with FARC guerrilla commander Luciano Marin, the president called Mr. Carvajal by phone and told him to provide weapons to the guerrillas, according to Mr. Salazar, the former bodyguard.
>
> At the meeting, Mr. Chávez also told Mr. Marin that funds provided by Petróleos de Venezuela, the country's state oil company, would pay for uniforms, computers and boats needed by the guerrillas. Mr. Salazar said he also overheard Mr. Chávez on the call with Mr. Carvajal say that some of the weapons to be provided to the guerrillas had been used previously by the Venezuelan army while others had been acquired from Russia. Requests for comment at the oil company weren't returned.

*See* Wall Street Journal "Venezuela's Hugo Chavez Worked to Flood U.S. With Cocaine, U.S. Prosecutors Say", available at https://www.wsj.com/articles/venezuelas-hugo-chavez-worked-to-flood-u-s-with-cocaine-u-s-prosecutors-say-11568557780.

24. Even more recently and more overtly, the Maduro regime has publicly declared its support for the FARC:

> Last month, Mr. Marin, a top negotiator of the peace agreement signed between the guerrillas and the Colombian government in 2016, publicly announced he was again taking up arms against the Colombian government. Shortly before Mr. Marin's announcement, President Maduro had publicly declared that he and another guerrilla commander were "leaders of peace" who would be welcomed in Venezuela.

*Id.* Venezuela has provided sanctuary to many FARC leaders. An example is Seuxis Paucias Hernandez - known best by his guerrilla nom de guerre Jesus Santrich, who was indicted in 2017 by a U.S. grand jury for trafficking ten tons of cocaine to the United States. Colombia President Ivan Duque has alleged that Paucias Hernandez is currently hiding in Venezuela and accuses President Maduro of harboring FARC and ELN fugitives.

25. This support for the FARC is in line with Venezuela's general support for and mutual cooperation with leftist movements and governments in the region, with Venezuela's

12

primary contribution being the largesse from PDVSA. The mutual cooperation is extensive. Cuban intelligence agents are advising and working jointly with the Venezuela Government, including security for PDVSA. The Cuban political machine also supports the leftist political ideology and rise of the FARC and ELN. The Cuban government has trained Venezuelan soldiers in Venezuela, trained Venezuelan intelligence agents in Havana, Cuba and reviewed and restructured parts of the Venezuelan military. Through mutual cooperation, alliances were furthered between the Venezuelan military, PDVSA and the FARC and ELN, which the Cuban government fully supports. According to a recent report, many Bolivarian member states' leaders have "shared histories fighting in support of far left armed guerilla forces . . . . [Further], Chavez's stature in the Bolivarian group was derived in part from his military experience and guerrilla ideology, but mostly from his willingness to spend billions of PDVSA dollars across the hemisphere."[10] While the Bolivarian Revolution institutionally began in 1998, the roots of this movement began decades earlier, with Nicaragua's Sandinista National Liberation Front (FSLN), El Salvador's Farabundo Marti National Liberation Front (FMLN), the Cuban Revolution, and the Revolutionary Armed Forces of Colombia (FARC).[11])

26. The public positions of the Venezuelan government concerning both the FARC (welcoming and supporting it with PDVSA-generated dollars) and PDVSA (publicly associating it with drug traffickers allied with the FARC), leave no doubt that FARC and PDVSA are close allies. In fact, PDVSA and its subsidiaries, due to their size and scope, are one of the primary means through which FARC proceeds are laundered, in terms of aggregate dollar value. "The primary money laundering structure for the FARC (as well as the Maduro regime and other

---

[10] MADURO'S LAST STAND; Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise. Douglas Farah and Caitlyn Yates, page 5. May 2019.
[11] *Id.*

13

criminal groups) is the Venezuelan state oil company PDVSA, sanctioned by the U.S. government on multiple occasions."[12]

27. PDVSA and its subsidiaries provide ample opportunities for shipments, money transfers, and loans to third parties, as well as movements of monies within Venezuela and PDVSA. By mixing money generated by illicit activities – including the trade in FARC and ELN cocaine, but also funds generated by their other crimes such as the kidnapping and ransom of individuals such as the plaintiff – with money generated by the sale of petroleum and related products, PDVSA and its analogs (including Petrocedeño SA) launder funds. Even sellers of legitimate goods within PDVSA thereby are instrumental to and contribute to the PDVSA money-laundering enterprise.

28. As evidence of the size and scope of PDVSA's money-laundering, one can refer to recent indictments of PDVSA executives and co-conspirators . On July 26, 2018, 12 individuals tied to Venezuela's state oil company PDVSA were charged in the Southern District of Florida with conspiracy to launder $1.2 billion from the oil company through U.S. banks, brokerage firms, and real estate investment companies.[13] The criminal complaint detailed at least one tool in the joint criminal enterprise's toolbox to move significant sums of money to safe harbor over the last decade. While the complaint (and its subsequent convictions) are important, this case represents only one facet of the manner in which funds have been illicitly moved by

---

[12] Testimony of Douglas Farah, Senior Visiting Research Fellow, National Defense University Center for Complex Operations Before the Senate Caucus on International Narcotics Control "Adapting U.S. Counternarcotics Efforts in Colombia", September 12, 2017, SD-226 at p. 5. *available at* https://www.drugcaucus.senate.gov/sites/default/files/Douglas%20Farah%20Testimony_Senate%20Caucus%20on%20International%20Narcotics%20Control%20.pdf

[13] MADURO'S LAST STAND; Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise. Douglas Farah and Caitlyn Yates, page 4. May 2019. "Two Members of Billion - Dollar Venezuelan Money Laundering Scheme Arrested." U.S. Department of Justice. 25 July 2018.

14

state structures since the Bolivarian Revolution was launched with Hugo Chávez's election.[14] This joint criminal enterprise has not only taken billions of dollars from Venezuelan state coffers, but also used PDVSA as the central structure for money laundering and corruption throughout the region. The sum of these criminal actions is not fully known, but a recent investigation by a Latin American journalist consortium found that at least $10 billion U.S. dollars in Venezuela moved through this criminal network between 2007- 2018.[15]

29. As shown herein, principal players in this criminal conspiracy are the FARC and ELN and their drug cartel allies, which produce the illicit funds, and Venezuela and its state-owned entities, including and especially PDVSA and its subsidiaries such as Petrocedeño SA, which both launder the funds and provide logistics, weapons, and other material for the FARC and ELN. I therefore conclude that PDVSA subsidiary Petrocedeño SA is undeniably an agency and instrumentality of the FARC and ELN. As cited by Latin America Socio-political expert Douglas Farah, another PDVSA subsidiary, Albinisa, was also employed to aid the FARC. *Id.* These examples illustrate and leave little doubt that PDVSA subsidiaries such as Petrocedeño are employed to aid the FARC.

30. I base these findings on five years of field research and document collection across 11 countries, as well a review of open source materials.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/27/2019

David L. Gaddis

---

[14] MADURO'S LAST STAND; Venezuela's Survival Through the Boliviarian Joint Criminal Enterprise. Douglas Farah and Caitlyn Yates, page 4. May 2019
[15] MADURO'S LAST STAND; Venezuela's Survival Through the Boliviarian Joint Criminal Enterprise. Douglas Farah and Caitlyn Yates, page 5. May 2019