# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21517-CIV-HUCK/OTAZO-REYES

JOHN DOE,

Plaintiff
v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

Defendants,

v. SSM Petcoke LLC,

Garnishee.
_____/

## AFFIDAVIT OF BRIAN FONSECA

I, Brian Fonseca, declare the following:

**Introduction**

1.      It is my opinion, within a high degree of professional certainty, that the government of

the Bolivarian Republic of Venezuela, including its National Bolivarian Armed Force (*Fuerza Armada*

*Nacional Bolivariana*, FANB) and Venezuelan Intelligence Service (*Servicio Bolivariano de*

*Inteligencia*, SEBIN), has longstanding institutional relationships with Colombian insurgencies, namely

the Revolutionary Armed Forces of Colombia (*Fuerzas Armadas Revolucionarias de Colombia*, FARC)

and the National Liberation Army (*Ejército de Liberación Nacional*, ELN), dating back to as early as the

year 2000.

2.      Additionally, the Venezuelan government has placed the FANB at the helm of Petróleos

de Venezuela, S.A. (PDVSA) to assert greater control and influence over PDVSA, including PDVSA's

operations, relationships with state and non-state actors, and other affiliated enterprises.  Combined, the FANB, PDVSA and its subsidiaries engage in complex network of illicit trafficking and money laundering schemes that intersect with and aid Colombian insurgencies such as FARC and ELN, based on my ongoing research.

**Qualifications to Give Specific Opinion on this Case**

3.      I currently serve as the director of the Institute for Public Policy at Florida International University's Steven J. Green School of International and Public Affairs. I also serve as an adjunct professor in the Latin American and Caribbean Studies Center and the Department of Politics and International Relations. Florida International University designates me as one of four faculty experts on politics and security in Venezuela. [1]

4.      I have spent more than a decade studying politics and security in Latin America with a focus on Colombia and Venezuela. I have published numerous writings that explore Colombia and Venezuela's socioeconomic, political, and security landscapes. I have conducted field research in Venezuela during surges in political violence—in 2007 and 2014. The latter coincided with the period that well-known political opposition figure Leopoldo López was arrested amid government crackdowns. I have also spent significant time working with Colombian war colleges and universities in Colombia.

5.      I routinely engage the media and provide expert analysis at conferences around the world. Most recently in 2018, I served as a keynote speaker alongside Organization of American States' Secretary General Luis Almagro and political opposition member Antonio Ledezma at the first annual Youth and Democracy Forum sponsored by FIU and the Organization of American States. The event centered on challenges and opportunities in the mobilization of youth in Venezuela. In summer 2019, I

---

[1] FIU's list of Venezuela experts can be found at https://news.fiu.edu/2017/07/venezuela-experts/112976

delivered remarks at Colombia's Military University (*Universidad Militar Nuevo Granada*) about the evolving security situation in the Americas.

6.  Since 2010, I have taught courses on the politics and international relations of Latin America, with a focus on Venezuela. I have averaged three courses per year over the last 8 years, with each course averaging 4 months in length. Since 2011, I have served as subject matter expert supporting United States Southern Command (USSOUTHCOM), have routinely provided expert analysis on Latin America, and have written various products on Venezuela in support of their information requirements.

7.  I have published extensively on Venezuela, including several contributions supporting U.S. policymakers. In 2014, I published a book chapter entitled "Organized Chaos: Venezuela's Prison Crisis" in the text *Prisons in the Americas in the Twenty-First Century*.[2] My contribution focused on the overpopulation, widespread corruption and high levels of violence taking place in Venezuela's prisons as well as the overall failure of the Venezuelan judicial system. I argue that prisons serve as incubators for growing criminality and transnational organized crime taking place in Venezuela. Since 2014, those conditions have worsened.

8.  Between 2016 and 2018, I authored several important peer reviewed studies examining security in Venezuela and Colombia. In 2016, I served as the lead author in a groundbreaking study titled "Venezuela Military Culture."[3] The study examines the role of the FANB in contemporary Venezuela. My conclusions are that the Venezuelan military is increasingly becoming tied to the survival of the Maduro regime and increasingly more likely to use violence to repress civil unrest—as later seen in 2017. I also authored a policy piece for the Center for American Progress that examined the security situation in Colombia in the wake of peace negotiations. In 2017, I served as the lead author and

---

[2] Jonathan Rosen, *Prisons in the Americas in the Twenty-First Century*, Lexington Press, 2015. (https://www.amazon.com/Prisons-Americas-Twenty-First-Century-Security/dp/1498508901)
[3] Brian Fonseca, Harold Trinkunas, and John Polga-Hecimovich, "Venezuela Military Culture," Florida International University, 2016. (http://gordoninstitute.fiu.edu/policy-innovation/military-culture-series/brian-fonseca-john-polga-hecimovich-and-harold-trinkunas-2016-venezuelan-military-culture.pdf)

3

editor in a text titled *Culture and National Security in the Americas*—with a chapter dedicated to the decay of Venezuela.[4] Its thesis is that in the absence of external security threats, governments have focused security policy largely on preserving domestic stability. I published pieces on Venezuela in *Foreign Policy*, *American Interests*, *Military Review* and *Diálogo*.

9.      Since the current iteration of the Venezuela crisis started in late January 2019, I have consulted with the Department of Defense, Department of State, and the U.S. intelligence community on security in Venezuela and have appeared frequently on BBC Worlds News, CNN, Univision, and CBS to discuss mass mobilizations and government responses. I have also been cited by the *Washington Post*, Bloomberg, NBC and various other national and international media outlets regarding the role of the Venezuelan military in current crisis.

10.      My most recent work focuses on the relations between Venezuelan and Cuban military and intelligence relations, particularly the penetration of Cuban intelligence in Venezuelan security and defense institutions. This article, entitled "Two Nations, One Revolution: The Evolution of Contemporary Cuba-Venezuela Relations," is forthcoming in September 2019 through the Wilson Center for International Scholars.

### Chávez and Maduro Governments' Institutional Ties to Colombian Insurgencies and Drug Trafficking Organizations

11.      Following Hugo Chávez Frías' rise to the Venezuelan presidency in 1999, the government began intentionally promoting a passive environment for illicit trafficking organizations and international terrorist organizations—such as the FARC and ELN. Relations between Chávez and the FARC started as early as 2000. In fact, files retrieved from the computer of FARC commander Raúl

---

[4] Brian Fonseca and Eduardo Gamarra, Culture and National Security in the Americas, Lexington Books, 2017. (https://www.amazon.com/Culture-National-Security-Americas-Twenty-First/dp/149851958X)

Reyes, alluded to a meeting between President Chávez and him in 2000. The files indicated that Chávez agreed to provide resources to support FARC operations.

12.     Based on my research however, it was not until the Colombian government withdrew refuge provisions for the FARC in 2002, that Chávez began allowing FARC guerrillas to establish training camps in the states of Zulia, Táchira, and Apure that border Colombia. During Chávez's tenure, Venezuelan military leaders were ordered to provide logistical support to FARC guerrillas launching raids into Colombia.[5] Chávez's support to the FARC alienated many of his senior military leaders.

13.     As indicated in 2008 U.S. Department of Treasury reporting, Venezuelan senior officials were sanctioned as a result of their ongoing support to FARC and drug trafficking organizations such as the Cartel of the Suns (*Cartel de los Soles*). In fact, Chávez expelled the U.S. Drug Enforcement Agency (DEA) from Venezuela in 2005—after also expelling U.S. military officials in 2004. Based on my research, Chávez's expelling of U.S. representatives during the early 2000s corresponded with an increase in visible support to the FARC as well as Cuban security and intelligence organizations.

14.     In 2007, I conducted field research in Venezuela on growing Iranian activities in Venezuela. It led to a publication titled "Emerging Relations: Iran-Latin America" that was published in 2009. During that trip to Venezuela, I conducted interviews with various academics, public officials (on and off the record) as well as active and retired military leaders. Several cited concerns over the growing ties between the Chávez government and Colombian insurgencies and transnational criminal organizations, as well as Iranian sponsored terrorist organizations—the focus of my study at the time. Several cited Venezuelan logistical and economic support. Economic support was argued at the time to be coming directly and indirectly from PDVSA activities.

---

[5] Nelson, Brian A. "*The Silence and the Scorpion: The Coup against Chávez and the Making of Modern Venezuela.*" New York: Nation Books, 2012 (126-127).

5

15.     Based on my research, Venezuela's then-Director of Military Intelligence Directorate (DGIM), Hugo Armando Carvajal Barrios, alias "El Pollo," assisted the FARC in Arauca, an area located on the Venezuela/Colombia border. Carvajal protected FARC drug shipments, provided the group weapons, and enabled FARC members' mobility across the border by falsifying Venezuelan government identification documents.[6] In 2019, Carvajal was arrested in Spain. After his arrest, he confirmed to authorities the institutional ties between the Venezuelan government and Colombia insurgencies, namely the FARC. Carvajal stated that, acting on behalf of the Venezuelan president, he met with the FARC to support drug shipments into the United States.[7]

16.     According to 2008 Treasury report, the director of Venezuelan Directorate of Intelligence and Prevention Services (DISIP), Henry de Jesús Rangel Silva, created cooperative agreements between the Venezuelan government and the FARC to assist materially with the trafficking of narcotics.[8] Treasury also confirmed that Ramón Emilio Rodríguez Chacín, then-Minister of Interior and Justice, facilitated a $250 million-dollar loan from the Venezuelan government to the FARC in 2007. Chacín served as a main point of contact between the FARC and the Venezuelan government and on numerous occasions met with senior FARC members. One of the meetings cited by Treasury and confirmed by my interviews with former Venezuelan officials, occurred at Miraflores — Venezuela's presidential palace located in Caracas.[9]

17.     In 2008, the Department of the Treasury Office of Foreign Assets Control (OFAC) froze the assets of senior Venezuelan intelligence officials, General Henry Rangel and Hugo Carvajal, along

---

[6] U.S. Department of the Treasury. "Treasury Targets Venezuelan Government Officials Supporting the FARC," September 2008. (HP-1132) https://www.treasury.gov/press-center/press-releases/Pages/hp1132.aspx.
[7] Vyas Kejals and José de Córdoba, "Spain Releases Former Venezuelan Spy Chief Wanted by U.S. on Drug Charges," *Wall Street Journal*, September 16, 2019. https://www.wsj.com/articles/spain-releases-former-venezuelan-spy-chief-wanted-by-u-s-on-drug-charges-11568653834
[8] See "U.S. Department of the Treasury." September 2008.
[9] See "U.S. Department of the Treasury." September 2008.

with former Interior Minister, Ramon Rodríguez Chacín for aiding the FARC with drugs and weapons trafficking.[10]

18.     Chávez was publicly vocal about his support to the FARC and ELN, posing for pictures with FARC leaders and openly aligning his administration with the FARC cause. In 2008, after the Colombia military destroyed a FARC encampment along the Ecuadorian border killing FARC leader Raúl Reyes, Chávez publicly voiced his anger and commitment to Reyes and the FARC.[11] In fact, Chavez received the news while taping his live TV show *Aló Presidente* and immediately ordered a senior FANB officer to send ten battalions of troops to the border with Colombia in response to the death of Reyes.[12] After the attack Colombian officials uncovered important files from Reyes computer further linking the FARC with the Venezuelan government.

19.     In 2011, the U.S. government sanctioned Freddy Alirio Bernal Rosales, former United Socialist Party of Venezuela (*Partido Socialista Unido de Venezuela*, PSUV) representative to Venezuela's National Assembly for supporting the FARC's drug-trafficking activities. Additionally, former alternative president of the Latin American Parliament, Amilcar Jesús Figueroa Salazar, Major General Cliver Antonio Alcalá Cordones, and SEBIN Officer, Ramón Isidro Madriz Moreno were added to the list of the Department of the Treasury Sanctions.[13]

20.     In 2013, Former Captain in Venezuela's national guard, Vassyly Kotosky Villarroel Ramírez, was sanctioned for his role in international narcotics trafficking in both Colombia and Venezuela. Villarroel Ramírez was later indicted in U.S. Federal Court in New York on multiple

---

[10] Congressional Research Service. "*Venezuela: Background and U.S. Relations,*" R44841 (June 2019): 23–26. https://fas.org/sgp/crs/row/R44841.pdf.
[11] Sullivan, Mark P. Congressional Research Service - Venezuela: Issues in the 111th Congress. Nov. 24, 2010. https://www.refworld.org/pdfid/4cfdde5c2.pdf
[12] Carrol, Rory and Sibylla Brodzinsky, "Chavez sends 10 battalions to Colombian border after killing of FARC commander," The Guardian, March 3, 2008. https://www.theguardian.com/world/2008/mar/03/venezuela.colombia
[13] Congressional Research Service. "*Venezuela: Background and U.S. Relations*" R44841 (June 2019): 23–26. https://fas.org/sgp/crs/row/R44841.pdf.

cocaine-trafficking charges.[14] Ramírez is one of several senior military officers from the FANB's Bolivarian National Guard, Army and Air Force, indicted in the U.S. on involvement in drug trafficking activities. In fact, based on my research of Venezuelan military culture, the military branches—namely the Army and National Guard—compete in the drug trafficking space. First Chávez and now Maduro see the rivalry as a means of coup-proofing the military institution to limit the military's ability to overthrow the government.[15]

21.     In 2015, Efraín Antonio Campo Flores and Franqui Francisco Flores de Freitas— nephews of Venezuelan first lady Cilia Flores— were arrested in Haiti for conspiring to smuggle 800 kilograms of cocaine from the FARC into the United States. Reports from the arrests indicated five kilograms and more of mixtures and substances containing a detectable amount of cocaine were found on the plane. Under U.S. District Court custody, the two suspects confessed in a statement in which they declared that the profits of an estimated $20 million would be utilized to finance the congressional campaign of their aunt, Cilia Flores.[16] Also that year, officials from Venezuela's anti-narcotics agency were indicted by U.S. federal courts *in absentia* for aiding drug shipments from Colombia. Among them was General Néstor Luis Revrol Torres, who was promoted to the cabinet level position of Interior Minister, running the country's law enforcement, after his indictment in a U.S. court. Unsealed U.S. indictments also included Pedro Luis Martin Olivares, the former chief of finance for the intelligence service, and Jesús Alfredo Itriago, Venezuela's former anti-drug tsar.

22.     The State Department's annual terrorism report declared there were credible reports indicating that Venezuelan government maintained a permissive environment that allowed for known

---

[14] See Congressional Research Service. (June 2019): 23-26.
[15] Brian Fonseca, Harold Trinkunas, and John Polga-Hecimovich, "Venezuela Military Culture," Florida International University, 2016.
[16] Venezuela Investigative Unit. "Prosecutors Say Venezuela's 'Narco Nephews' Liaised with FARC." InSight Crime, September 2017. https://www.insightcrime.org/news/brief/narco-nephews-of-venezuela-first-lady-liaised-with-farc-us-prosecutors/.

terrorist groups to prosper. The report stated that individuals linked to the FARC and the ELN

supporters were present in Venezuela with the tacit support of the Venezuela government.[17]

23.     In 2017, the U.S. Office of Foreign Assets Control designated former Venezuela Vice

President Tareck El Aissami Maddah (El Aissami) as a Narcotics Trafficker, pursuant to the Foreign

Narcotics Kingpin Designation Act, for playing a significant role in international narcotics trafficking.

Experts assert that El Aissami facilitated shipments of narcotics from Venezuela and controlled the drug

routes by leveraging his executive control over Venezuelan air bases, planes, and ports. El Aissami

oversaw shipments of over 1,000 kilograms from Venezuela with the final destinations of Mexico and

the United States.[18] My research also indicates links between El Aissami and the Lebanese terrorist

group Hezbollah. This accusation was first asserted by drug trafficker Walid Makled, and further

asserted in February 2019 by SEBIN's Hugo Carvajal. Carvajal stated that in 2009, El Aissami took a

trip to Iran which included a stop in Syria to invite Hezbollah militants to come and work with FARC

fighters in Venezuela.[19] In summer 2019, El Aissami was added to U.S. Immigration and Customs

Enforcement's (ICE) Homeland Security Investigations' (HSI) Most Wanted list for international

narcotics trafficking and money laundering.[20]

24.     In my opinion, with a high degree of professional certainty, Maduro is likely relying on

the ELN, among other armed groups, to help him remain in power after the 2019 surge in domestic and

international pressure to topple his government. According to a July 2019 InSight Crime report citing

former head of SEBIN General Manuel Ricardo Christopher Figuera, "ELN has been expanding rapidly

in Venezuela and is involved in a plethora of criminal activities, including drug trafficking, illegal

---

[17] United States Department of State. "Country Reports on Terrorism 2016. "July 2017. https://www.state.gov/reports/country-reports-on-terrorism-2016/.
[18] U.S. Department of the Treasury. "Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami and His Primary Frontman Samark Lopez Bello," February 2017. https://www.treasury.gov/press-center/press-releases/Pages/as0005.aspx.
[19] InSight Crime, "Tareck El Aissami." June 2019. https://www.insightcrime.org/venezuela-organized-crime-news/tareck-el-aissami/.
[20] See ICE's press release here https://www.ice.gov/news/releases/former-vice-president-venezuela-tareck-el-aissami-and-venezuelan-businessman-samark

9

mining, extortion and smuggling. The ELN forms part of a broader panorama of irregular armed groups propping up Maduro's government."[21] Figuera asserts that Maduro is head of the Cartel of Suns criminal network.

### PDVSA and its Subsidiaries Ties to Colombian Insurgencies and Transnational Drug Trafficking Organizations

25.    In the early 2000s, then President Hugo Chávez launched a campaign to purge PDVSA of political opposition. In fact, Chávez dismissed nearly 20,000 PDVSA employees after workers went on strike in late 2002 and implemented radical structural changes that weakened checks and balances and eroded transparency and accountability. At the same time, he usurped the country's judiciary, making it easier for PDVSA officials to enrich themselves by engaging in widespread corruption and illicit trafficking activities.[22]

26.    Not long after the purging, Chávez started leveraging PDVSA as a means of laundering illicit trafficking revenue and directing funding to political allies around the region—including Colombian insurgencies.

27.    As my research indicates, it is well-known that Rafael Ramírez, former Venezuelan minister of Energy and PDVSA president between 2003 to 2013, siphoned billions of dollars from PDVSA—for personal enrichment and in support of Chávez' social, political and security activities. Ramírez also deepened PDVSA's engagement with illicit trafficking organizations such as the Cartel of the Suns, among others. Ramírez, at the direction of Chávez used PDVSA to get around U.S. sanctions. In 2010, the U.S. government sanctioned PDVSA for its engagement in supplying the Iranian energy

---

[21] InSight Crime, "Venezuela Intelligence Chief Exposes Organized Crime Links in Maduro Govt," July 2019.
https://www.insightcrime.org/news/analysis/venezuela-intelligence-chief-organized-crime-maduro/
[22] Colin Wiseman And Daniel Béland, "The Politics Of Institutional Change In Venezuela: Oil Policy During The Presidency Of Hugo Chávez" Canadian Journal of Latin American and Caribbean Studies, Vol. 35, No. 70 (2010), pp. 141-16
(https://www.jstor.org/stable/41800523?seq=1#page_scan_tab_contents)

sector through operations performed through PDVSA's subsidiaries.[23] Ramírez was fired in 2017 by Maduro after the two had a falling out, and he has been in exile since. In 2017, the Canadian government sanctioned Ramírez on the ground of widespread corruption. Ramírez has gone on the record to confirm that Venezuela is host to both foreign armed groups, including FARC and ELN, and drug trafficking organizations.

28.     In 2013, Carlos Malpica Flores, the nephew of Maduro's wife Cecilia Flores was appointed national treasurer and PDVSA vice-president in 2013. From 2013 to 2015, Malpica continued and likely increased PDVSA's money laundering activities and associated drug trafficking ties.

29.     Earlier this year, former PDVSA executive Horacio Medina went on the record and described former President Chávez and President Nicolás Maduro's support of complex illicit networks driven by fictitious sales and embellished crude production operations to justify profits that were coming from drug trafficking activities.[24]

30.     In 2016, President Maduro established formal links between PDVSA and the FANB. Maduro established a public company that grants FANB authorization to explore and exploit oil deposits in Venezuela. Maduro officially established the Military Company of Mining, Oil and Gas Industries (*Compañía Anónima Militar de Industrias Mineras, Petrolíferas y de Gas*, Camimpeg), and charged it with the responsibility of everything relative to the activities of petroleum services, gas and exploitation of minerals in general, without independent oversight. Camimpeg was designated to maintain a commercial relationship with PDVSA and provide support and protection but instead provided the Venezuelan military with greater influence over all aspects of PDVSA operations.[25]

---

[23] James B. Steinberg. Latin American Herald Tribune. "US Sanctions 7 Companies, including Venezuela's PDVSA, for Iran Trade," 2010. http://laht.com/article.asp?ArticleId=394856&CategoryId=10717
[24] *See* Dialogo Digital Military Magazine, Forum of the Americas, "PDVSA, A Major Money Laundering Operation" July 3, 2019 *available at https://dialogo-americas.com/en/articles/pdvsa-major-money-laundering-operation.*
[25] Daniel Pardo. BBC Mundo, Caracas. "Camimpeg, la polémica petrolera que Maduro creó para los militares de Venezuela," March 2016. https://www.bbc.com/mundo/noticias/2016/03/160315_venezuela_petrolera_militares_dp

31.     In 2017, Maduro further embedded the military into PDVSA by appointing Major General Manuel Quevedo as president of PDVSA, replacing former president Nelson Martínez as well as oil minister Eulogio del Pino.[26] According to my research, FANB's increased presence in PDVSA leadership positions increased the military institution's control over oil infrastructure and resources as well as influence over PDVSA subsidiaries.

32.     Quevedo purged PDVSA by replacing employees and engineers with soldiers. Arresting more than fifty employees from PDVSA and its U.S.-based subsidiary, Citgo; including in the arrests, naturalized U.S. citizens. The purge resulted in a significant loss of technical talent and an increase in the militarization of PDVSA's operations.[27] Based on my research, including first hand interviews with associates close Maduro, Maduro is acutely aware of the illicit activities that the FANB and PDVSA officials are engaged in using PDVSA. These include aiding the FARC through, among other things, money laundering.

33.     In 2017, Spanish authorities detained and charged several Venezuelan officials with conspiring to commit bribery through PDVSA activities, including Nervis Villalobos, former deputy energy minister, Rafael Reiter, former aide to Venezuela's ambassador to the United Nations, Cesar David Rincón, an executive at the procurement unit of PDVSA, and Luis Carlos de León, the former official at the Venezuelan state-run electric company. On October 27, 2017, The Spanish judge charged twenty-eight individuals with laundering $2 billion from PDVSA. The court ruled that the defendants acquired unlawful payments from several companies from China, which were in turn remunerated with contracts to the Venezuelan oil industry.[28]

---

[26] Nick Cunningham. The Fuse. "Venezuela Puts Military Official In Charge of PDVSA, Threatens To Cut Exports To The United States," November, 2017. http://energyfuse.org/venezuelas-militarization-pdvsa-undermine-production-maduro-threatens-cut-exports-united-states/
[27] Id.
[28] Organized Crime and Corruption Reporting Project. OCCRP. "Four Venezuelans Arrested in Spain In PDVSA Corruption Case," October 2017. https://www.occrp.org/en/projects/27-ccwatch/cc-watch-briefs/7193-four-venezuelans-arrested-in-spain-in-pdvsa-corruption-case

34.     PDVSA and its subsidiaries are a central structure through which government officials launder money and induce corruption throughout Latin America and the Caribbean. The scale is grand. A 2019 report published by IBI argue that Venezuelan officials drained an estimated $28 billion from PDVSA. The authors assert that at least $10 billion moved from PDVSA and its subsidiaries through transnational criminal organizations between 2007 and 2018.[29]

**Conclusions**

35.     In preparing this affidavit, I have conducted additional research, interviewed sources, and read associated court documents.

36.     It is my professional opinion that the Venezuelan government, including its FANB and PDVSA, among others, have deep institutional ties with Colombian insurgencies and transnational drug trafficking organizations. Additionally, government officials representing FANB and PDVSA routinely engage in illicit trafficking, including, but not limited to, drug trafficking, money laundering, and widespread corruption.

37.     Additionally, based on my research, Venezuelan military and civilian officials use PDVSA and its subsidiaries as the primary means of facilitating illicit trafficking activities. PDVSA officials use fictitious oil and gas sales, disingenuous loans, and infrastructure projects that never materialize as means of moving proceeds from drug trafficking, among other illicit activities.

PURSUANT TO 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on___09/27/2019___.

Brian Fonseca

---

[29] Douglas Farah and Caitlyn Yates, "Maduro's Last Stand Venezuela's Survival Through the Bolivarian Joint Criminal Enterprise," IBI Consultants, LLC and National Defense University (INSS), May 2019. https://www.ibiconsultants.net/_pdf/maduros-last-stand.pdf

13

Brian Patrick Fonseca

Florida International University | 11200 SW 8th Street, LC 220, Miami, FL 33199
Tel: (305) 348-7420 | Email: Fonsecab@fiu.edu

CURRICULUM VITAE

## BIOGRAPHICAL SKETCH

Brian Fonseca is Director of the Jack D. Gordon Institute for Public Policy at Florida International University's (FIU) Steven J. Green School of International and Public Affairs where oversees research and educational programming in the areas of Latin America and Caribbean security and governance, US national security and cyber policy. He serves as an Adjunct Professor in the Department of Politics and International Relations teaching courses on the Politics of Latin America and International Relations of Latin America, and he is a Cybersecurity Policy Fellow at the D.C.-based think tank New America. His analysis has been featured in national and international media. Recent publications include an edited volume with Eduardo A. Gamarra titled Culture and National Security in the Americas (Lexington Books, 2017) and he is co-author of The New US Security Agenda: Trends and Emerging Threats (Palgrave, 2017) with Jonathan Rosen. Brian holds degrees in International Business and International Relations from Florida International University in Miami, Florida, and he has attended Sichuan University in Chengdu, China and National Defense University in Washington D.C. From 1997 to 2004, he served in the United States Marine Corps and facilitated the training of foreign military forces in both hostile theaters and during peacetime operations.

## PROFESSIONAL EXPERIENCE

**Florida International University**

*Director of the Jack Gordon Institute for Public Policy*              *November 2015—Present*
- Lead the university's public policy institute, including academic, research, and professional education programming.
- Serve as Principal Investigator for more than $3M in federal funding.
- Serve as technical lead in the areas of cybersecurity, national security and Latin America security.
- Serve as a university experts on Latin America, with specialization on Venezuelan security.

*Executive Director of Cybersecurity@FIU*              *January 2019—Present*
- Serve as the university lead for the emerging preeminent program Cybersecurity@FIU.
- Lead the development and implementation of university-wide strategy in growing cybersecurity programming at FIU.
- Lead FIU cybersecurity expansion into Latin America and the Caribbean.

*Adjunct Professor in the Department of Politics and International Relations*              *August 2010—Present*
- Current courses include International Relations of Latin America, Politics of Central America, Global Cybersecurity Policy, Cyber and the Arts, U.S. Diplomacy Lab, Fundamentals of National Security, Topics in Globalization, and Effective Governmental Communications.

**New America**                                                  **December 2017—Present**
*Cybersecurity Fellow*
- Support New America's Cybersecurity Initiative.

**Greater Miami Chamber of Commerce**        June 2016—Present
*Chairperson of the Americas Linkage Committee*
- Develop and manage outbound trade missions for South Florida businesses.

**United States Southern Command**        April 2013—Present
*Consultant Support for Socio-Cultural Analysis*
- Provide expertise on Latin America and Caribbean to support USSOUTHCOM all-source intelligence analysts. Areas of expertise included Venezuela.
- Support in developing USSOUTHCOM's approach to tactical, operational, and strategic indications and warnings.
- Represent USSOUTHCOM in the IC-wide socio-cultural analysis community of practice—presentations, working groups, host conferences, etc.

PAST PROFESSIONAL EXPERIENCE

**Florida International University**
Applied Research Center (ARC)        May 2013—November 2015
*Director of Operations*
- Provided leadership in development of ARC's strategic planning to include development and monitoring of key objective areas, and analysis of progress.
- Led ARC's social science programs and initiatives; Principal Investigator for ARC's Socio-Cultural and Social Sciences Projects.
- Served as the central point of contact within the ARC for industry and business.
- Assisted in developing programs with the Department of Defense, Department of Energy, Department of Homeland Security and other federal agencies, as well as business and industry as required for ARC and FIU.
- Provided leadership in the respective area of research specialization and executes work on related grants and contracts as assigned.
- Aided the Executive Director in the planning, development and implementation of proposals and contracts. Coordinates interaction between the Applied Research Center and its technology vendors and serves as a liaison for existing and prospective partners.
- Published and/or presented technical programs within the area of specialization at national or international level to enhance and promote the goals and reputation of the Applied Research Center.

**Florida International University**
Applied Research Center (ARC)        November 2003—April 2011
*Senior Political & Security Analyst*
- Managed programs, to include personnel and resources in excess of US$1 million annually.
- From 2009 to 2011 was awarded US$1,750M to develop the FIU-SOUTHCOM Academic Partnership in support of SOUTHCOM's Socio-Cultural Dynamics program. Oversaw the production of 17 strategic culture studies of countries throughout Latin America and the Caribbean and developed a network consisting of more than 50 academic institutions and over 300 scholars in Latin American and Caribbean discourse.
- From 2007 to 2010 was awarded approximately US$150K by the United States Army War College to plan and host the 2007, 2008, 2009, and 2010 editions of the Western Hemisphere Security conference series, the preeminent Latin America security conference series established in 1997.

- In 2007 and 2008, helped create the Western Hemisphere Security Analysis Center (WHEMSAC) in cooperation with United States Southern Command; an academic program dedicated to United States Southern Command's research requirements. Total funding US$2.6M since 2007.
- From 2003 to 2007, acted as the lead liaison between senior U.S. and Latin America military personnel for the Western Hemisphere Information Exchange Program (WHIX); a program funded by the Assistant Secretary of the Army. During this period, he developed relations with Argentine, Chilean, Dominican, Honduran, Peruvian and Salvadoran military institutions. Total funding approximately US$12M since 2003.

EDUCATION

**Ph.D. in Political Science**, Florida International University; Miami, FL. 2021 (expected). Currently in year two of the coursework.

**Executive Certificate in Cybersecurity Leadership & Strategy**, Florida International University; Miami, FL. 2016.

**Masters of International Business**, Florida International University; Miami, FL. 2010.

**Professional Certificate in Transnational Democracy, Stability, and Security**, National Defense University; Washington, D.C. 2008.

**B.A. in International Relations**, Florida International University; Miami, FL. 2006.

**Undergraduate Certificate in Asian Studies**, Florida International University; Miami, FL. 2006.

**Study Abroad**, Sichuan University; Chengdu, Peoples Republic of China, 2001-2002.

TEACHING EXPERIENCE

- **Global Cyber Policy**, Steven J. Green School of International and Public Affairs, Florida International University; Miami, FL. 2018-Present.
- **Cybersecurity and the Arts**, Honors College, Florida International University; Miami, FL. 2017-Present.
- **Introduction to Latin American Studies**, Kimberly Green Latin American and Caribbean Center, Florida International University; Miami, FL. 2013-Present.
- **International Relations of Latin America**, Steven J. Green School of International and Public Affairs: Department of Politics and International Relations, Florida International University; Miami, FL. 2010-Present.
- **Comparative Politics of Central America**, Steven J. Green School of International and Public Affairs: Department of Politics and International Relations, Florida International University; Miami, FL. 2010-Present.
- **Fundamentals of National Security**, Steven J. Green School of International and Public Affairs: Department of Politics and International Relations, Florida International University; Miami, FL. 2016-Present.

- **Honors Seminar V: U.S. Department of State's Diplomacy Lab**, Honors College, Florida International University; Miami, FL. 2014-Present.

## AWARDS/GRANTS/FELLOWSHIPS

- US Department of Commerce's National Institute for Standards and Technologies: Principal Investigator, National Initiative for Cybersecurity Education. 2018 through 2022. $1,250.000.00.
- US Department of Defense: Principal Investigator, Critical Technologies Studies Program. 2018-2021. $2,000,000.00.
- USSOUTHCOM: Principal Investigator, FIU-SOUTHCOM Academic-Defense Partnership. 2013-Present. $1,000,000.00.
- INL: Co-Principal Investigator, Gang Phenomena in El Salvador. March 2016. $175,000.00.
- USSOUTHCOM: Co-Principal Investigator, FIU-SOUTHCOM Academic-Defense Partnership. 2009-2011. $2,000,000.00.
- US Army War College: Principal Investigator, Western Hemisphere Security Colloquium. 2007-2009. $150,000.00.
- United States Marine Corps: U.S. Marine of the Year, 2000.
- United States Navy, Navy and Marine Corps Achievement Medal. 1998, 2000.
- United States Marine Corps: Marine of the Quarter, 1998.
- United States Marine Corps: Honor Graduate, 1997.

## PUBLICATIONS

**Books**

- Gabriel Marcelo, Orlando Perez and Brian Fonseca (Eds), *Governance and Security in Latin America* (Routledge, Forthcoming 2020).
- Brian Fonseca and Eduardo Gamarra (Eds), *Culture and National Security in the Americas* (Lexington Books, 2017).
- Brian Fonseca and Jonathan D. Rosen, *The New US Security Agenda: Trends and Emerging Threats* (Palgrave Macmillan, 2017).

**Book Chapters**

- Brian Fonseca and Randy Pestana, "A Symptom of Crisis in Honduras: Drug Trafficking," in *Cooperation and Drug Policies in the Americas: Trends in the Twenty-First Century*, by Roberto Zepeda and Jonathan D. Rosen (Eds.) (Lexington: Lexington Books, 2015), 119-134.
- Brian Fonseca and Pamela Pamela, "Organized Chaos: Venezuela's Prison Crisis," in *Prisons in the Americas in the Twenty-First Century*, by Jonathan S. Rosen and Marten W. Brienen (eds.) (Lexington: Lexington Books, 2015), 115-128.
- Brian Fonseca and Fred A. Quintana, "Globalizacao e Contrabando de Seres Humanos no Hemisferio," in *Seguranca e Governanca nas Americas*, Marcos Aurelio Guendas de Oliveria (ed.) (Olinda: Luciana Bello Guedes, 2009) 235-250.
- Juan M. del Aguila, Frank O. Mora, and Brian Fonseca, "Cuba: Revolution in the Balance," in *Latin American Politics and Development*, 9th edition. Harvey F. Kline, Christine J. Wade and Howard J. Wiarda (eds.) (Westview Press, 2018) 345-368.

17

**Congressional Testimonies**

- Brian Fonseca, "Dollar Diplomacy or Debt Trap? Examining China's Role in the Western Hemisphere," Before the House Foreign Affairs Committee | Subcommittee on Western Hemisphere, Civilian Security, and Trade, May 9, 2019.

**Articles**

- Robert Morgus, Brian Fonseca, Kieran Green, Alexander Crowther, "Are China and Russia on the Cyber Offensive in Latin America and the Caribbean?," *New America*, July 2019, https://www.newamerica.org/cybersecurity-initiative/reports/russia-china-cyber-offensive-latam-caribbean/#authors.
- Brian Fonseca, David Kramer, and Frank Mora, "Venezuela isn't Syria: Why the US shouldn't overreact to Putin's Bluff," *CNN*, February 2019, https://www.cnn.com/2019/02/01/opinions/venezuela-isnt-syria-and-putin-is-bluffing-fonseca-kramer-mora/index.html.
- Brian Fonseca and Vladimir Rouvinski, "The Russians of Latin America: Moscow's Bid for Influence Over Russian-Speaking Communities in the Region," *Military Review: The Professional Journal of the U.S. Army*, November-December 2018, https://www.armyupress.army.mil/Journals/Military-Review/English-Edition-Archives/November-December-2018/Fonseca-Russia-Latam/.
- Brian Fonseca, "To meet the need for cybersecurity skills, higher educational institutions, industry and government agencies must work together," *The Miami Herald*, October 2018, https://www.miamiherald.com/latest-news/article220653140.html.
- Brian Fonseca and David J. Kramer, "China and Russia: A Strategic Alliance in the Making?" *The American Interest*, September 2018, https://www.the-american-interest.com/2018/09/11/a-strategic-alliance-in-the-making/.
- Brian Fonseca, "Russian Deceptive Propaganda Growing Fast in Latin America," *Dialogo Digital Military Magazine*, July 2018, https://dialogo-americas.com/en/articles/russian-deceptive-propaganda-growing-fast-latin-america.
- Brian Fonseca, "The Perils of a Putsch in Venezuela," *Foreign Policy Magazine*, May 2018, https://foreignpolicy.com/2018/05/04/the-perils-of-a-putsch-in-venezuela/.
- Brian Fonseca, Frank Mora and Brian Latell, "Argentine Military Culture," *Florida International University,* , April 2016, https://gordoninstitute.fiu.edu/policy-innovation/military-culture-series/frank-mora-brian-fonseca-and-pablo-atencio-2017-argentine-military-culture.pdf.
- Brian Fonseca, John Polga-Hemocivich and Harold Trinkunas, "Venezuelan Military Culture," *Florida International University*, May 2016, https://gordoninstitute.fiu.edu/policy-innovation/military-culture-series/brian-fonseca-john-polga-hecimovich-and-harold-trinkunas-2016-venezuelan-military-culture.pdf.
- Brian Fonseca, José Miguel Cruz, Eduardo Gamarra, Jonathan D. Rosen, Daniela Campos and Randy Pestana, "An Analysis of Colombian Perceptions: Internal and External Actors and the Pursuit of Peace," *Florida International University*, April 2016, https://drive.google.com/file/d/0BwmN-lVj82wiUG5XSVI5QXF0TUVXbnlsVENpd1EybFc3dEhn/view.

- Frank Mora, Brian Fonseca, and Brian Latell, "Cuban Military Culture," *Florida International University*, April 2016, https://gordoninstitute.fiu.edu/policy-innovation/military-culture-series/frank-mora-brian-fonseca-and-brian-latell-2016-cuban-military-culture.pdf.
- Brian Fonseca, "In Mexico It's Institutions, Stupid," *Huffington Post*, March 2016, https://www.huffpost.com/entry/in-mexico-its-institution_b_9523684.
- Brian Fonseca, "The key to combating cyber insecurity: changing behavior, training the workforce," *The Miami Herald*, November 2016, https://www.miamiherald.com/news/business/biz-monday/article114587488.html.
- Dan Restrepo, Frank Mora, Brian Fonseca, and Jonathan D. Rosen, "The United States and Colombia: From Security Partners to Global Partners in Peace," *Center for American Progress*, February 2016, https://www.americanprogress.org/issues/security/reports/2016/02/02/130251/the-united-states-and-colombia-from-security-partners-to-global-partners-in-peace/.
- Brian Fonseca and G. Alexander Crowther, "Toward a modern security policy in the Western Hemisphere," *Global Americans Smart News & Research for Latin America's Changemakers*, February 2016, https://theglobalamericans.org/2016/02/toward-a-modern-security-policy-in-the-western-hemisphere/.
- Brian Fonseca, "Reversing Colombia's Security Deficit: Plan Colombia," *Huffington Post*, November 2015, https://www.huffpost.com/entry/reversing-colombias-secur_b_8614106?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS88&guce_referrer_sig=AQAAAHnvlAbMqNC9jnb-6f4XclEyYTo5S9S_ylpGJ8Oy3jW_FQ2CTPaEsr70KVKx9yAikLKyWZ8SwDOoLju1FFLXYUyBk-S3jrVqhrVlOvNvPZ0JnwpHiZZbWtxSY1rnc8jPyHilcasejbb6zZQrT0fS36sUtef2i93m-ufFWORUEWMf.
- Frank Mora and Brian Fonseca, "United States Policy Towards in the Hemisphere: Influencing the State and Beyond," *PRISM*, November 2015, https://cco.ndu.edu/Portals/96/Documents/prism/prism_5-4/United%20States%20Policy%20in%20Hemisphere.pdf.
- Frank Mora and Brian Fonseca, "Introduction: Links between Terrorist and Criminal Organizations," *DIALOGO*, September 2015.
- Frank Mora and Brian Fonseca, "Latin America's High-Tech Warriors," *Americas Quarterly*, April 2015, https://www.americasquarterly.org/content/latin-americas-high-tech-warriors.
- Joseph S. Tulchin and Brian Fonseca, "Peruvian Strategic Culture," *Florida International University*, August 2010, https://www.scribd.com/document/204270743/Peruvian-Strategic-Culture-Joseph-Tulchin-and-Brian-Fonseca.
- Brian Fonseca, "Domestic Politics in the Dominican Republic after the Earthquake in Haiti," *Western Hemisphere Security Analysis Center*, June 2010, https://digitalcommons.fiu.edu/whemsac/52/.
- Eduardo Gamarra and Brian Fonseca, "Haitian Strategic Culture," *Florida International University*, September 2009, http://library.avemaria.edu/title/haitian-strategic-culture/oclc/773510535.
- Brian Fonseca, "Human Smuggling and the Terrorist-Criminal Nexus," *Western Hemisphere Security Analysis Center*, January 2009 (Research paper No. 15).
- Brian Fonseca, "Identifying Opportunities for US-Cuba Military Cooperation," *Western Hemisphere Security Analysis Center*, December 2008 (Research Paper No. 13).
- Brian Fonseca and Evan Ellis, "Emerging Relationships: China and Latin America," *Western Hemisphere Security Analysis Center*, May 2008 (Research Paper No. 6).

- Brian Fonseca, "Emerging Relationships: Iran & Latin America," *Western Hemisphere Security Analysis Center*, February 2008.
- Brian Fonseca, "Energy Outlook: Brazil," *Western Hemisphere Security Analysis Center*, January 2008 (Research Paper No. 16).

SELECT PRESENTATIONS

- **Panelist**, Discussion on national security, featuring Army Brigadier General Timothy D. Brown, Director of Intelligence, US Southern Command, "The US Intelligence Community After 9/11," Miami, FL: September 11, 2019.
- **Speaker**, Defense Intelligence Agency Roundtable, "Russia in Latin America," Washington, DC: July 2019.
- **Speaker**, "Chinese Engagement in Latin America," Department of State, Washington, DC: June 2019.
- **Speaker**, "The Venezuelan Military Culture," U.S. Department of State, Washington, DC: March 2019
- **Panelist**, Russian Diaspora in the Americas," International Studies Association, Toronto, Canada: March 2019.
- **Speaker**, "Cybersecurity and Water Infrastructure," UNESCO, Florida International University:
- **Speaker**, Global Connections, WorldCity Event, "Cybersecurity: Understanding the Threats," Miami, FL: July 28, 2017.
- **Speaker**, Defense Intelligence Agency Roundtable, "Russia in Latin America," Washington, DC: July 27, 2017.
- **Speaker**, Congressional Hispanic Leadership Initiative, "International Careers Panel," Washington, DC: July 20, 2017.
- **Speaker,** Latin American Studies Association's Annual Congress, LASA at 50, "Security and Defense Policy," Lima, Peru: May 1, 2017.
- **Moderator**, Moderated discussion with former DEA Agent Steve Murphy, "Narcos: The Real Story Behind Taking Down Pable Escobar," Miami, FL: April 2017.
- **Facilitator**, Executive Certificate in Cybersecurity Leadership and Strategy, a 2-Day cyber policy program, Washington, DC: April 6-7, 2017.
- **Moderator**, United States Southern Command, "Exernal State Actor Influence in the Western Hemisphere," Miami, FL: April 5-6, 2017.
- **Moderator /Discussant**, Russian Cyber Warfare,
- **Moderator/Discussant**, Greater Miami Chamber of Commerce, "Doing Business in Cuba," Miami, FL: March 7, 2017.
- **Speaker**, Monday Group, CEOs working group in South Florida, Miami, FL
- **Moderator/Discussant**, United States Southern Command, "US Influence in the Western Hemisphere," Miami, FL: December , 2017.

- **Facilitator**, Executive Certificate in Cybersecurity Leadership and Strategy, a 2-Day cyber policy program, Miami, FL: October 11-12, 2016.
- **Speaker**, Oversees Security Advisory Council, Latin American Regional Council, US Department of State, "Future Scenarios in Venezuela," Miami, FL: September, 2017.
- **Moderator**, United States Southern Command, "Future Scenarios in Venezuela," Miami, FL: August 15, 2016.
- **Speaker**, United States Southern Command, "Venezuelan Military Cultures," Miami, FL: June 2016.
- **Speaker**, Americas Council, "Venezuelan Military Cultures," Washington, DC: June 2016.
- **Chair**, Latin American Studies Association, Annual Congress. LASA at 50, "Citizen (In) Security and Drug Policy." New York Hilton Midtown; New York City, NY: May 27-30, 2016.
- **Chair/Presenter**, Latin American Studies Association, Annual Congress. LASA at 50. "Culture and National Security in the Americas." New York Hilton Midtown; New York City, NY: May 27-30, 2016.
- **Presenter**, Steven J. Green School of International and Public Affairs. Geopolitical Summit, "The Dark Side of the Web: Challenges to security prosperity and privacy. Cyberterrorism and National Security," Miami, FL: March 8, 2016.
- **Moderator**, Jack D. Gordon Institute for Public Policy's 2016 Hemispheric Security Conference: Emerging Threats, "*US Security Policy in the Western Hemisphere*" Frost Art Museum, Miami, FL: March 30, 2016.
- **Presenter**, Jack D. Gordon Institute for Public Policy's 2016 Hemispheric Security Conference: Emerging Threats, "*Energy Security, Climate Change and Illegal mining in Peru*" Frost Art Museum, Miami, FL: March 30, 2016.
- **Presenter**, St. Thomas, Intercultural Human Rights Law Review, 11th Annual Symposium, The Power of Voice: Rewriting Policy and Implementing Changes Through Protest Movements, "*Militarization of Policing in Central America*," Miami, FL: November 13, 2015.
- **Presenter**, After the Fall: Energy Security, Sustainable Development and the Environment, "*Challenges for Exporters and Opportunities for Importers in Latin America Presenter*," University of Miami, Miami, FL: October 19-20, 2015.
- **Presenter**, Mexican International Studies Association (*Asociacion Mexicana de Estudios Internacionales*) Annual Congress, "*US Security Policy in the Western Hemisphere*," Cancun, Mexico: October 15-17, 2015.
- **Discussant**, Tri-University Research Conference, "Latin America in the 21st Century," Miami, FL: March 2015.
- **Keynote Speaker**, 1st Annual Caribbean Technology Regional Summit, "Liquid Caribbean: Where Miami and the Caribbean Become Cross Regional Partners," Miami, FL: March 2015.
- **Presenter**, Hemispheric Security and Defense Studies, "Bringing the State Back into the Analysis on Crime and Violence in Latin America," Catholic University and TADEO, Buenos Aires, Argentina: December 2014.
- **Discussant**, Americas Barometer Release, "US Military Influence in Latin America and the Caribbean," Miami, FL: April 2014.

21

- **Presenter**, TECHO Poverty Conference, "Poverty in Latin America," Miami, FL: March 2014.
- **Presenter**, Intelligence Directorate Indications and Warning Roundtable, "Socio Conflict and Social Media Analysis in I&W," Joint Chiefs of Staff, Washington, DC: Febraury 2013.
- **Presenter**, World Wide Human Geography Conference, "Socio-Cultural Analysis in Latin America and the Caribbean," National Geospatial Intelligence Agency, Washington, DC: June 2012.
- **Presenter**, 8th Annual Cuba and Cuban American Studies Conference, "Understanding Opportunities for US-Cuba Military Relations," Miami, FL: January 2010.
- **Presenter**, US Army Directed Studies Office, "Iran-Venezuela Relations," Washington DC: June 2008.
- **Presenter**, "Iranian Penetration of Latin America," Hudson Institute, Washington DC: June 2008.

MEDIA

- Analysis on Cuba and Venezuela featured on ABC, BBC, CBS, CNN, FOX, NBC, and various other national and international media outlets. Provided live TV and radio.
- Serve as the Political Analyst for local Channel 7 News; covered the 2016 national primary and general elections, 2018 midterm elections and the 2020 national primary elections.

LANGUAGES

- English (Native)
- Spanish (Intermediate)
- Mandarin (Conversational)

PROFESSIONAL ASSOCIATIONS

- American Political Science Association (APSA), 2014-Present
- International Studies Association (ISA) 2018-Presnet
- Latin American Studies Association (LASA), 2013-Present
- National Society of Collegiate Scholars

MILITARY

- United States Marine Corps Reserves, Sergeant, Forward Observer, 1997-2005. Deployments include:
    o Trained personnel from Canada, Egypt, Germany, Greece, Norway and Poland in Fire Support coordination techniques and NATO standards. Conducted Joint Task Force Operations with DEA and Caribbean Police Forces.
    o Participated in military operations and exercises in more than 13 countries and led teams in hostile theaters such as Kosovo, Northern Africa and the Middle East.

INTERNATIONAL ELECTION OBSERVER DELEGATIONS, CONSULTING, ASSIGNMENTS AND RELATED EXPERIENCES

- Organized and Led Greater Miami Chamber of Commerce Trade Mission to China: Beijing, Guangzhou, Hong Kong, Shanghai, and Tianjin, May 2017.

- Election Observer in Guyana, Carter Center (Part of former US President Jimmy Carter's Delegation), May 2015.
- Advisory Board Member, Jack Gordon Institute for National Security Studies, 2014-2015.
- Consultant to Defense Intelligence Agency, 2013-Present.
- Annual US-Turkey Faculty Exchange Program funded by the Istanbul Center in the United States, 2010.