UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-20896-SCOLA/TORRES

KEITH STANSELL, et al.

  Plaintiffs,
vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

  Defendants.
_____/

## WRIT OF EXECUTION/GARNISHMENT

**THE STATE OF FLORIDA:**
To the U.S. Marshal's Service

  **YOU ARE COMMANDED TO** summon garnishees, **H.J. BAKER & BRO., LLC,** by serving their registered agent CORPORATION SERVICE COMPANY 1201 HAYS STREET TALLAHASSEE, FL 32301-2525; to serve an answer to this writ on Plaintiffs' attorney, Newt Porter, Esq., whose address is PORTER & KORVICK, P.A., 9655 S. Dixie Highway, Suite 208, Miami, Florida 33156 (305) 373-5040, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court at U.S. District Court Southern District of Florida, 400 North Miami Avenue, Miami, FL 33128 either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to **PETROCEDEÑO S.A.**, at the same time of the answer or was indebted at the time of service of this writ, or at any time between such times, and in what sum and what tangible and intangible personal property of **PETROCEDEÑO S.A.** the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at anytime between such times (specifically including in blocked assets reported to OFAC on March 4, 2019 or any other report

to OFAC of blocked property related to PETROCEDEÑO S.A.), and whether the garnishee knows of any other person indebted to **PETROCEDEÑO S.A.** or who may have any of its property or property interests in its possession or control. Further the garnishees, **H.J. BAKER & BRO., LLC,** will be released from any liability and discharged upon compliance with Orders from this Court, including delivery to Plaintiffs' counsel of the OFAC blocked proceeds. The amount set forth in Plaintiffs' motion is Two Hundred Seventy Three Million Nine Hundred Thousand Four Hundred Three Dollars and Eighty Cents.

$273,900,403.80.

**WITNESS ANGELA E. NOBLE, as Clerk of the Court,** and the seal of said Court, at the U.S. District Courthouse at Miami, Florida, this ___ day of _____,2020.

                                                **ANGELA E. NOBLE**
                                                Clerk of the Court

                                                By: _____
                                                          As Deputy Clerk