**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KEITH STANSELL, et al.,

    Plaintiffs,

vs.                                       Case No: 1:19-cv-20896-SCOLA/TORRES

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC), et al.,

    Defendants.
_____/

## ANTONIO CABALLERO'S NOTICE OF APPEAL

Notice is hereby given that proposed intervenor Antonio Caballero appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying as Moot Antonio Caballero's Motion to Intervene (D.E. 480) entered in this action on August 17, 2020, which is a final order under Section 28 U.S.C. § 1291 as to Antonio Caballero.

                                      Respectfully submitted,

                                      **Joseph I. Zumpano**
                                      Joseph I. Zumpano (Florida Bar Number: 0056091)
                                      Attorney E-mail address: jzumpano@zplaw.com
                                      Leon N. Patricios (Florida Bar Number: 0012777)
                                      Attorney E-mail address: lpatricios@zplaw.com
                                      Gabriela Rosell (Florida Bar Number: 0111735)
                                      Attorney E-mail address: grosell@zplaw.com
                                      Danit Ashkenazi Darmon (Florida Bar Number: 1003836)
                                      Attorney E-mail address: ddarmon@zplaw.com
                                      ZUMPANO PATRICIOS, P.A.
                                      312 Minorca Avenue
                                      Coral Gables, FL 33134
                                      Telephone: (305) 444-5565
                                      Attorneys for Proposed Intervenor Antonio Caballero

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2020, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

*/s/ Leon N. Patricios*
Leon N. Patricios