U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

SEALED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Keith Stansell et al. | 19-cv-20896 Scola/Torres |
| DEFENDANT | TYPE OF PROCESS |
| Revolutionary Armed Forces of Colombia ("FARC") et al. | writ of execution/garnishment |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: SSM Petcoke LLC
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): SSM Petcoke LLC 1601 Forum Place, Suite 1400 West Palm Beach FL 33401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Newt Porter, Esq., Porter & Korvick, P.A.  
9655 S. Dixie Highway, Suite 208, Miami FL 33156  
nporter@porterandkorvick.com

Number of process to be served with this Form 285: 1  
Number of parties to be served in this case: 1  
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve Writ of Execution/Garnishment

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
NEWT PORTER  
TELEPHONE NUMBER: 305-373-5040  
DATE: 6-19-20

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
District of Origin No. 04  
District to Serve No. 04  
Signature of Authorized USMS Deputy or Clerk: DS  
Date: 6-19-20

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):  
Date: 06/22/20  Time: 12:45 pm  
Signature of U.S Marshal or Deputy: T Corrales 4963

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

6/19 - ATS - MADE CONTACT W/ SECURITY GUARD WHO STATED THAT NO STAFF WERE IN THE BUILDING. GUARD MADE CONTACT WITH TELEWORKING STAFF (CHERYL) WHO STATED STAFF WOULD BE IN ON MONDAY MORNING. (K. SCOTT) 4.8 MI (ROUND-TRIP) MILEAGE FEE - $2.76

06/22/20 - I personally served Scott Humphrey, Legal Counsel who is authorized to receive on behalf of SSM Petcoke LLC. (4.8 miles roundtrip) DUSM Corrales 12:45pm

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285  
Rev 11/18