UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola/Torres

KEITH STANSELL, et al.

    Plaintiffs,
vs.

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC); et al.,

    Defendants.
_____/

**CERTIFICATE OF SERVICE
& COMPLIANCE WITH FLA. STAT. §77.041(2)**
*Writs-SSM Petcoke LLC; Oxbow Carbon LLC; Oxbow Energy Solutions LLC*

Plaintiffs' undersigned counsel hereby certifies compliance with Fla. Stat. § 77.041(2) notice by mailing a copy of the writ of garnishment and motion for writ of garnishment "within 5 business days after the writ is issued or 3 business days after the writ is served on the garnishee, whichever is later." Fla. Stat § 77.041(2).  On Tuesday, June 23, 2020:  (i) Motion  & exhibits; and (ii) a copy of the below identified writs of execution/garnishment and served by the U.S. Marshal on June 22, 2020 (SSM Petcoke LLC; Oxbow Carbon LLC; Oxbow Energy Solutions LLC); were sent via int'l first class mail to the last known address of Petrocedeno S.A.:

| | |
|---|---|
| Petrocedeno S.A. | PDVSA Petrocedeño S.A. |
| Francisco Solano Lopez Ave. | Edf. Petroleos de Venezuela |
| Calle Negrin, Business Center Building | Torre Este, Piso 9, Avenida Libertado |
| Distrito Metropolitano, 1073 | Distrito Federal, 1010 |
| Caracas, Venezuela | Caracas, Venezuela |

*Copy of (i) Writs of Execution/Garnishment to SSM Petcoke LLC; Oxbow Carbon LLC & Oxbow Energy Solutions LLC; and (ii)  Motion & exhibits*
Copies of the envelopes and int'l first class receipt are attached hereto Ex.1.

Respectfully submitted August 4, 2020.

/s/ Newton Porter_____  
NEWTON P. PORTER  
(Florida Bar No. 833738)  
nporter@porterandkorvick.com  
PORTER & KORVICK, P.A.  
9655 South Dixie Highway Suite 208  
Miami, Florida 33156  
Telephone: (305) 373-5040  
Facsimile: (305) 668-9154  
Attorneys for Plaintiffs  

/s/ Tony Korvick_____  
TONY KORVICK  
(Florida Bar No. 768405)  
tkorvick@porterandkorvick.com  
PORTER & KORVICK, P.A.  
9655 South Dixie Highway Suite 208  
Miami, Florida 33156  
Telephone: (305) 373-5040  
Facsimile: (305) 668-9154  
Attorneys for Plaintiffs  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL  
U.S. Department of the Treasury  
1500 Pennsylvania Ave. NW  
Washington DC  
[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

/s/ Newt Porter_____  
NEWTON P. PORTER  
(Florida Bar No. 833738)  
Attorneys for Plaintiffs  
PORTER & KORVICK, P.A.  
9655 South Dixie Highway Suite 208  
Miami, Florida 33156  
Telephone: (305) 373-5040  
Fax: (305) 668-9154  
nporter@porterandkorvick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-20896-SCOLA/TORRES

KEITH STANSELL, et al.

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), et al.

    Defendants.

**PLAINTIFFS' EX PARTE EXPEDITED MOTION FOR ISSUANCE OF POST-JUDGMENT WRITS OF GARNISHMENT & MEMORANDUM OF LAW**

Plaintiffs move for issuance of Court Ordered writs of garnishment to enforce their Final Judgments entered in their favor as U.S. national terrorism victims against Defendants pursuant to: (i) the Anti-Terrorism Act ("ATA"), 18 U.S.C. 2016(a) of the Terrorism Risk Insurance Act ...

R. Civ. P. 69(a), that...

PORTER & KORVICK

Petrocedeno S.A.
Francisco Solano Lopez Ave.
Business Center Building
Calle Negrin, 1073
Distrito Metropolitano
Caracas, Venezuela

PORTER & KORVICK

PDVSA Petroleos de Venezuela
Edf. Petroleos, Piso 9, Avenida Libertador
Torre Este, 1010
Distrito Federal
Caracas, Venezuela

# Parcel Shipping Order (PSO) Terms and Conditions

| SHIP DATE | SHIPMENT INFORMATION | DESCRIPTION OF GC |
|---|---|---|
| Tue 23 Jun 2020 | UPS WW Saver: 1 package<br>Total Declared Value: Not provided | LEGAL DOCS |

| SENDER | RECIPIENT | PKG |
|---|---|---|
| PORTER&KORVICK<br>9655 S DIXIE HWY<br>SUITE 208<br>Miami, FL 33156 US<br>Tel: (305) 373-5040 | PETROCEDNO S.A.<br>FRANCISCO SOLANO LOPEZ AVE.<br>CALLE NEGRIN BUSINESS CENTER<br>BUILDING DISTRITO METROPOLITANO<br>CARACAS, 1073 VE<br>Tel: 58 2 126 20 40 0 | 1 1Z |

Subject to these terms and conditions, this The UPS Store® center ("We", "Us", or "Our") will receive, forward and/or pack parcel(s) for you the ("Carrier") will be UPS®. The Carrier may refuse to ship Your parcel(s) accepted by Us. You represent Your true name and address appear as sen

We do not accept hazardous material, Other Regulated material-D Class (ORM-D), illegal items or articles of unusual value, including but not limite merchandise restricted by import regulations. In addition, the Carrier's tariff, service guide, or terms and conditions ( "Carrier's Terms and Condi some forms of ORM-D.

We do not transport Your parcel(s). The Carrier transports Your parcel(s) subject to the UPS Tariff/Terms and Conditions of Service ("UPS Term www.ups.com/terms. The Carrier's Terms and Conditions set forth the Carrier's rights, responsibilities, and limitations of liability with respect to the this International Parcel Shipping Order (IPSO). **The UPS Terms contain a MANDATORY BINDING ARBITRATION CLAUSE AND CLA at law or equity, arising out of or relating to provision of services by UPS, regardless of the date of accrual of such dispute, except for claim justice of the peace, magistrate court, and similar courts with monetary limits on their jurisdictions over civil disputes.**

We are Your agent for receiving and forwarding Your parcel(s) to the Carrier. We are not the Carrier's agent. You agree that We will be deemed the under the Carrier's Terms and Conditions. You therefore have no rights directly against the Carrier. Any rights You may have to recover damages or (including for loss, damage, or the Carrier's failure to timely deliver) are limited to those rights described in the Carrier's Terms and Conditions in effe shipper of Your parcels, are solely entitled to any discounts or adjustments to the charges that We pay the Carrier for transporting Your parcel(s).

Except as expressly set forth in this IPSO, We assume no liability for the delivery of Your parcel(s) or for loss or damage by any cause to the parcel( You agree that the Carrier is not liable for loss or damage occurring after delivery of the parcel(s). You also agree to all terms and conditions in this optional Declared Value Program.

Any statement by Us regarding a probable date and (if applicable) time of delivery is only an estimate, and is not warranted in any manner. **We are damages, or any loss or damage resulting from delays in shipping or delivery.**

We are not liable for Carrier's failure to properly collect or remit funds. You assume all risk if consignee's form of payment is accepted by the Carrier. forgery in accordance with the Carrier's terms and conditions, and that We will not be liable under any instrument tendered.

Our responsibility for damage to items caused by improper packing by Us is limited to any applicable Declared Value Program or other program that

Duties, fees and taxes are assessed on all dutiable commodities. These assessments are controlled by the country of destination and are subject to cha a given shipment. UPS will attempt to collect such duties, fees and taxes, as well as all other charges including, but not limited to, customs, penalties, customs or failure by You or the consignee to provide proper documentation or to obtain a required license or permit. You, however, accept all liabil If Your parcel(s) are refused by the consignee, or for any other reason cannot be delivered, Your parcel(s) will either be abandoned or returned to Yo liable for shipping and all other applicable charges specified above. For UPS Standard shipments to and from Canada, charges for customs clearance (see brokerage rate into Canada at UPS.com/rates/ca).

Limitations of Liability and Exceptions. Our liability, and the Carrier's liability, for loss or damage to Your parcel(s) is strictly limited to the amou event of conflict, the Carrier's Terms and Conditions govern the Carrier's liability for loss or damage). Liability for loss or damage is strictly limited to declare a higher value and pay the applicable charge for a higher authorized value (under the Declared Value Program as applicable). We and the Car metals, negotiable instruments, or items prohibited from shipment, or for which the Carrier's liability is excluded, under the Carrier's Terms and Cond the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, Poland, on October 12, 1929, that co Rules for International Carriage by Air (Montreal, 28 May 1999), shall apply to the international carriage of any shipment insofar as the same is gove claims can be found in the Carrier's Terms and Conditions.

Declared Value Program. UPS offers a declared value program providing declared value limits for loss or damage, subject to terms and conditions value product will be available only if You have complied with all terms and conditions of the applicable Declared Value Program. We surcharge the c Program and You pay any applicable charge, We will declare value for Your eligible parcel(s) through the Carrier. You expressly acknowledge that tl "Declared Value". If You do not declare a Value, You agree that the value of each shipment does not exceed $100. If You do not declare a value abc value than $100, You will not be entitled to recover more than $100 for loss or damage to the items in Your shipment. The Carrier's terms and conditi in the Carrier's Terms and Conditions.

Claims Filed Through Us. If You or the consignee has a claim for loss or damage to Your parcel(s) under the Declared Value Program, You agree to submit a claim to the Carrier as the shipper of the parcels and We will remit to You any recovery on the claim paid to Us by the Carrier for Your parce or paid only in part by the Carrier or other declared value.

Filing a Claim under the Declared Value Program. Any and all claims under any Declared Value Program must be in writing and received by Us sixty (60) days after a reasonable time for delivery has elapsed. Claims not made within the prescribed time frame are waived and will not be paid. Fo available for the Carrier's inspection prior to reshipment. All claims for loss or damage must be supported by the shipping documents, including but no of the value of the lost or damaged items for any declaration of value over $100.

You represent and warrant that shipment of the item(s) in Your parcel(s) is in full compliance with United States and foreign import/export laws and Inc. and the Carrier from and against any and all claims, liabilities, judgments or costs arising out of or related to any acts or omissions by You that ar regulation.

We are an independently owned and operated franchise of The UPS Store, Inc. and solely responsible for all aspects of Our operations. We are the exc agree that The UPS Store, Inc. is not liable for any of Our acts or omissions and is not the employer or joint employer of the employees of Our busine supersedes all prior, subsequent and contemporaneous agreements, understandings, and representations, written or oral, relating to the subject matter

By signing below, You acknowledge that (i) You confirm the Ship to Address is accurate for each parcel, (ii) You confirm the Declared Value for each conditions described above in their entirety, (iv) You agree to be bound by all such terms and conditions, and (v) by so signing, this IPSO constitutes t ACKNOWLEDGE AND AGREE that, except as expressly set forth in the UPS Terms, any claims against Us or UPS (including its affiliates) arising mandatory binding arbitration, as set forth in the UPS Terms available at www.ups.com/terms.

**CUSTOMER SIGNATURE**

(en-US)Version(OL) 1.0.9.0 Printed 6/23/2020 6:44:28 PM UTC from POS1711A T&C Version 2019.02.02 Effective: 2019/10/28 (

---

9615 SOUTH DIXIE HWY
MIAMI, FL 33143
(305) 669-8290

06/23/20 02:49 PM

We are the one stop for all your shipping, postal and business needs.

We offer all the services you need to keep your business going.

001 001220 (001) TO $ 76.75
Express Saver
Tracking# 1Z3951330444352599

002 001220 (001) TO $ 76.75
Express Saver
Tracking# 1Z3951330411020419

SubTotal $ 153.50
Total $ 153.50

AMERICAN EXPRESS $ 153.50
ACCOUNT NUMBER * ***********9009
Appr Code: 826331 (I) Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A000000025010801
TVR: 0800008000
TSI: F800
AC: E9B87C382BA50DA9
ARC: 00

Receipt ID 833433834769898883708 002 Items
CSH: Chris Tran: 8303 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive great offers and resources.

www.theupsstore.com/signup

## Parcel Shipping Order (PSO) Terms and Conditions

| SHIP DATE | SHIPMENT INFORMATION | DESCRIPTION OF G |
|---|---|---|
| Tue 23 Jun 2020 | UPS WW Saver:  1 package<br>Total Declared Value: Not provided | LEGAL DOCS |

| SENDER | RECIPIENT | PKG |
|---|---|---|
| PORTER&KORVICK<br>9655 S DIXIE HWY<br>SUITE 208<br>Miami, FL 33156 US<br>Tel: (305) 373-5040 | PDVSA PETROCEDNO SA<br>EDF. PETROLEOS DE VENEZUELA<br>TORRE ESTE PISO 9 AVENIDA LIBERT/<br>DISTRITO FEDERAL<br>CARACAS,  1010 VE<br>Tel: 58 2 126 20 40 0 | 1    1: |

Subject to these terms and conditions, this The UPS Store® center ("We", "Us", or "Our") will receive, forward and/or pack parcel(s) for you th ("Carrier") will be UPS®. The Carrier may refuse to ship Your parcel(s) accepted by Us. You represent Your true name and address appear as s

We do not accept hazardous material, Other Regulated material-D Class (ORM-D), illegal items or articles of unusual value, including but not limit merchandise restricted by import regulations. In addition, the Carrier's tariff, service guide, or terms and conditions ( "Carrier's Terms and Cond some forms of ORM-D.

We do not transport Your parcel(s). The Carrier transports Your parcel(s) subject to the UPS Tariff/Terms and Conditions of Service ("UPS Ter www.ups.com/terms. The Carrier's Terms and Conditions set forth the Carrier's rights, responsibilities, and limitations of liability with respect to th this International Parcel Shipping Order (IPSO).  The UPS Terms contain a MANDATORY BINDING ARBITRATION CLAUSE AND CL at law or equity, arising out of or relating to provision of services by UPS, regardless of the date of accrual of such dispute, except for cla justice of the peace, magistrate court, and similar courts with monetary limits on their jurisdictions over civil disputes.

We are Your agent for receiving and forwarding Your parcel(s) to the Carrier. We are not the Carrier's agent. You agree that We will be deemed t under the Carrier's Terms and Conditions. You therefore have no rights directly against the Carrier. Any rights You may have to recover damages (including for loss, damage, or the Carrier's failure to timely deliver) are limited to those rights described in the Carrier's Terms and Conditions in e shipper of Your parcels, are solely entitled to any discounts or adjustments to the charges that We pay the Carrier for transporting Your parcel(s).

Except as expressly set forth in this IPSO, We assume no liability for the delivery of Your parcel(s) or for loss or damage by any cause to the parce You agree that the Carrier is not liable for loss or damage occurring after delivery of the parcel(s). You also agree to all terms and conditions in thi optional Declared Value Program.

Any statement by Us regarding a probable date and (if applicable) time of delivery is only an estimate, and is not warranted in any manner.   We a damages, or any loss or damage resulting from delays in shipping or delivery.

We are not liable for Carrier's failure to properly collect or remit funds. You assume all risk if consignee's form of payment is accepted by the Carri forgery in accordance with the Carrier's terms and conditions, and that We will not be liable under any instrument tendered.

Our responsibility for damage to items caused by improper packing by Us is limited to any applicable Declared Value Program or other program th

Duties, fees and taxes are assessed on all dutiable commodities. These assessments are controlled by the country of destination and are subject to cl a given shipment. UPS will attempt to collect such duties, fees and taxes, as well as all other charges including, but not limited to, customs, penalti customs or failure by You or the consignee to provide proper documentation or to obtain a required license or permit. You, however, accept all lia If Your parcel(s) are refused by the consignee, or for any other reason cannot be delivered, Your parcel(s) will either be abandoned or returned to liable for shipping and all other applicable charges specified above. For UPS Standard shipments to and from Canada, charges for customs clearanc (see brokerage rate into Canada at UPS.com/rates/ca).

Limitations of Liability and Exceptions. Our liability, and the Carrier's liability, for loss or damage to Your parcel(s) is strictly limited to the am event of conflict, the Carrier's Terms and Conditions govern the Carrier's liability for loss or damage). Liability for loss or damage is strictly limited declare a higher value and pay the applicable charge for a higher authorized value (under the Declared Value Program as applicable). We and the C metals, negotiable instruments, or items prohibited from shipment, or for which the Carrier's liability is excluded, under the Carrier's Terms and Co the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, Poland, on October 12, 1929, that Rules for International Carriage by Air (Montreal, 28 May 1999), shall apply to the international carriage of any shipment insofar as the same is go claims can be found in the Carrier's Terms and Conditions.

Declared Value Program. UPS offers a declared value program providing declared value limits for loss or damage, subject to terms and condition value product will be available only if You have complied with all terms and conditions of the applicable Declared Value Program. We surcharge the Program and You pay any applicable charge, We will declare value for Your eligible parcel(s) through the Carrier. You expressly acknowledge tha "Declared Value". If You do not declare a Value, You agree that the value of each shipment does not exceed $100. If You do not declare a value a value than $100, You will not be entitled to recover more than $100 for loss or damage to the items in Your shipment. The Carrier's terms and cond in the Carrier's Terms and Conditions.

Claims Filed Through Us. If You or the consignee has a claim for loss or damage to Your parcel(s) under the Declared Value Program, You agree submit a claim to the Carrier as the shipper of the parcels and We will remit to You any recovery on the claim paid to Us by the Carrier for Your pa or paid only in part by the Carrier or other declared value.

Filing a Claim under the Declared Value Program. Any and all claims under any Declared Value Program must be in writing and received by U sixty (60) days after a reasonable time for delivery has elapsed. Claims not made within the prescribed time frame are waived and will not be paid. available for the Carrier's inspection prior to reshipment. All claims for loss or damage must be supported by the shipping documents, including but of the value of the lost or damaged items for any declaration of value over $100.

You represent and warrant that shipment of the item(s) in Your parcel(s) is in full compliance with United States and foreign import/export laws an Inc. and the Carrier from and against any and all claims, liabilities, judgments or costs arising out of or related to any acts or omissions by You that regulation.

We are an independently owned and operated franchise of The UPS Store, Inc. and solely responsible for all aspects of Our operations. We are the agree that The UPS Store, Inc. is not liable for any of Our acts or omissions and is not the employer or joint employer of the employees of Our busi supersedes all prior, subsequent and contemporaneous agreements, understandings, and representations, written or oral, relating to the subject matt

By signing below, You acknowledge that (i) You confirm the Ship to Address is accurate for each parcel, (ii) You confirm the Declared Value for ea conditions described above in their entirety, (iv) You agree to be bound by all such terms and conditions, and (v) by so signing, this IPSO constitute ACKNOWLEDGE AND AGREE that, except as expressly set forth in the UPS Terms, any claims against Us or UPS (including its affiliates) arisin mandatory binding arbitration, as set forth in the UPS Terms available at www.ups.com/terms.

**CUSTOMER SIGNATURE**

(en-US)Version(OL)  1.0.9.0  Printed 6/23/2020 6 49.13 PM UTC from POS1711A    T&C Version. 2019.02.02 Effective. 2019/10/2

---

(305) 669-8290

06/23/20   02:49 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001  001220  (001)              TO $   76.75
Express Saver
Tracking# 1Z3951330444352599
002  001220  (001)              TO $   76.75
Express Saver
Tracking# 1Z3951330411020419

                         SubTotal  $ 153.50
                            Total  $ 153.50

         AMERICAN EXPRESS   $ 153.50
ACCOUNT NUMBER *       ************9009
Appr Code: 826331   (I)   Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A000000025010801
TVR: 0800008000
TSI: F800
AC: E9BB7C382BA50DA9
ARC: 00

Receipt ID 83343383476989883708 002 Items
CSH: Chris              Tran: 8303 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup