UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola

KEITH STANSELL, et al.

Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC); et al.,

Defendants.
____________________________________/

**PLAINTIFFS' NOTICE OF COMPLIANCE FLA. STAT. § 77.055**
**(SSM Petcoke LLC Answer DE 432 – Served July 14, 2020)**

Plaintiffs' undersigned counsel hereby certifies compliance with Fla. Stat. § 77.055

Service of garnishee's answer and notice of right to dissolve the writ, which requires that:

> Within 5 days after service of the garnishee's answer on the plaintiff or after the time period for the garnishee's answer has expired, the plaintiff shall serve by mail, the following documents: a copy of the garnishee's answer, and a notice advising the recipient that he or she must move to dissolve the writ of garnishment within 20 days after the date indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue. The plaintiff shall serve these documents on defendant's last known address and any other address disclosed by the garnishee's answer and on any other person disclosed by the garnishee's answer to have an ownership interest in the deposit, account, or property controlled by the garnishee. The plaintiff shall in the proceeding a certificate of such service.

Garnishee SSM Petcoke LLC ("SSM") filed its Answer to Writ of Garnishment DE 432 on July 10, 2020. DE 432. Pursuant to Fla. Stat § 77.055, Plaintiff's undersigned counsel hereby certifies service by First Class Domestic/International mail: (i) a copy of garnishee SSM's Answer DE 432; and (ii) a Notice advising the recipient that he or she must move to dissolve the writ of garnishment within 20 days of the date indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue. The Answer DE 432 and Notice were served on July 14, 2020 to the owner of the blocked assets Petrocedeno S.A. at its last known address:

Petrocedeno S.A.
Francisco Solano Lopez Ave.
Calle Negrin, Business Center Building
Distrito Metropolitano, 1073
Caracas, Venezuela

PDVSA Petrocedeño S.A.
Edf. Petroleos de Venezuela
Torre Este, Piso 9, Avenida Libertado
Distrito Federal, 1010
Caracas, Venezuela

Attached are (i) **Ex.1** Fla. Stat. § 77.055 Notice w/Answer and (ii) **Ex. 2** Copies of Int'l mail receipts and envelopes.

Respectfully submitted August 4, 2020

Newton P. Porter (FL Bar: 833738)
Tony Korvick (FL Bar: 0768405)
PORTER & KORVICK, P.A.
Attorneys for Plaintiffs
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone: (305) 373-5040
nporter@porterandkorvick.com
tkorvick@porterandkorvick.com

Richard B. Rosenthal (FL Bar: 0184853
THE LAW OFFICES
OF RICHARD B. ROSENTHAL, P.A.
Co-counsel for Plaintiffs
1581 Brickell Avenue
Suite 1408
Miami, Florida 33129
Telephone: (305) 992-6089
rbr@rosenthalappeals.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylavnia Ave. NW
Washington DC
[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

None of the FARC defendants have appeared and defaults were properly entered against them all prior to entry of the Default Judgment in MDFL Case 8:09-cv-2308. Accordingly, no further notice, service of pleadings, motions or writs is required to be served on the FARC or the individual FARC members identified in the ATA Judgment. Fed. R. Civ. P. 5(a)(2).

_s/Newt Porter____________________
NEWT PORTER (FL Bar 833738)
PORTER & KORVICK, P.A.
Attorneys for Plaintiffs
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone: (305) 373-5040
nporter@porterandkorvick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola

KEITH STANSELL, et al.

Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

Defendants.

_________________________________/

**NOTICE**
(Fla. Stat § 77.055)

You are being served a copy of the garnishee's answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2020, I served by First Class International mail a copy of garnishee SSM Petcoke LLC's Answer DE 432 and this Notice pursuant to Fla. Stat. § 77.055 to each of the following person(s) or entity(s):

Petrocedeno S.A.
Francisco Solano Lopez Ave.
Calle Negrin, Business Center Building
Distrito Metropolitano, 1073
Caracas, Venezuela

PDVSA Petrocedeño S.A.
Edf. Petroleos de Venezuela
Torre Este, Piso 9, Avenida Libertado
Distrito Federal, 1010
Caracas, Venezuela

/s/Newt Porter
NEWT PORTER (Florida Bar No. 833738)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone: (305) 373-5040
nporter@porterandkorvick.com





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CV-20896-SCOLA/TORRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.: 1:19-cv-20896-Scola

KEITH STANSELL, et al.

Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES
OF COLOMBIA (FARC); et al.,

Defendants.

NOTICE
(Fla. Stat § 77.055)

You are being served a copy of the garnishee's answer and this notice of right to dissolve writ pursuant to Florida law in the Anti-Terrorism Act case above pending in a United States Federal Court. You must move to dissolve the writ of garnishment within twenty (20) days after the date set forth below in the Certificate of Service if any allegation in the plaintiff's motion for writ of garnishment is untrue.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2020, I served by First Class International mail a copy of garnishee SSM Petcoke LLC's Answer DE 432 and this Notice pursuant to Fla. Stat. § 77.055 to each of the following person(s) or entity(s):

Petrocedeno S.A.
Francisco Solano Lopez Ave.
Calle Negrin, Business Center Building
Distrito Metropolitano, 1073
Caracas, Venezuela

PDVSA Petrocedeño S.A.
Edf. Petroleos de Venezuela
Torre Este, Piso 9, Avenida Libertado
Distrito Federal, 1010
Caracas, Venezuela

s/Newt Porter
NEWT PORTER (Florida Bar No. 833738)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
9655 South Dixie Highway Suite 208
Miami, Florida 33156
Telephone: (305) 373-5040
nporter@porterandkorvick.com

Petrocedeno S.A.
Francisco Solano Lopez Ave.
Calle Negrin, Business Center Building
Distrito Metropolitano, 1073
Caracas, Venezuela
Tel 58 2 126 20 40 0

PDVSA Petrocedeño S.A.
Edf. Petroleos de Venezuela
Torre Este, Piso 9, Avenida Libertado
Distrito Federal, 1010
Caracas, Venezuela
Tel 58 2 126 20 40 0

GoGoGo
7500 NW 25th St #100
Miami, FL 33122
FedEx: 305-777-6085 ~~DHL: 305-508-5124~~
www.fedex.com / www.dhl-usa.com

Date: 7/14/2020 4:24 PM

**Bill To:** Walk In
Walk In

| Item Name | Price |
|---|---|
| DHL Express Worldwide<br>Tracking # 5018651713 Petrocedeno | $57.99N |
| DHL Express Worldwide<br>Tracking # 5018658164 PDUSA | $57.99N |

| | | |
|---|---|---|
| | Subtotal: | $115.98 |
| FL Tax | 0 % Tax | + $0.00 |
| | **RECEIPT TOTAL:** | **$115.98** |

Credit Card: $115.98
American Express

Subject to additional charges.See carrier(s) service agreements for current and complete terms and conditions available at www.fedex.com or www.dhl-usa.com.The transit times are INDICATIVE and GoGoGo and the carrier(s) have no liability or responsibility for differences between this indicative and the actual transit times.Your final transit time may differ based on the pick-up time, the services requested, customs clearance, unexpected delays, and the characteristics of the packages actually tendered to the carrier(s).Rates provided do not include duties and taxes that may incur at the country destination.You agree to provide an accurate quantity and description of the contents in each package and understand that this content list will be provided to the customs agency in the destination country.Due to regulations we cannot process a shipment with a value of over $2,500 and that is our maximum liability per shipment.Packages that do not clear customs at the country destination may be subject to confiscation, holding or return depending on the rules and policies of each country which GoGoGo or the carrier(s) do not control; packages that incur problems or delays at customs are not eligible for refunds or claims.The declared value of any package represents the carrier(s) maximum liability (up to $2,500 USD) in connection with a shipment of that package (s), including, but not limited to, any loss, damage, delay, misdelivery, nondelivery, misinformation, any failure to provide information, or misdelivery of information relating to the shipment. Shipments containing all or part of the following items are limited to a declared value of $1,000: Artwork, Film, Cellphones, Commodities with market values that are variable or difficult to ascertain, Antiques(a commodity that exhibits the style or fashion of a past era and whose history, age or rarity contributes to its value), Glassware (mirrors, ceramics, porcelains, china, or any other commodity with similarly fragile quantities), TV's, Precious metals (including but not limited to jewelry, gold, silver or diamonds), Stocks, Bonds, Cash Letters or Cash Equivalents, Furs, Collectors items, Musical instruments.Regardless of the declared value of a package, our liability will not exceed a shipment's repair cost, its depreciated value or its replacement cost, whichever is less.It is the shippers responsibility to prove actual damages.Exposure to and risk of any loss in excess of the declared value is assumed by the shipper. You may transfer this risk to an insurance carrier of your choice through the purchase of an insurance policy.Contact an insurance agent or broker if you desire insurance coverage.The declared value is not insurance and WE DO NOT PROVIDE INSURANCE COVERAGE OF ANY KIND. All merchandise sales final.GoGoGo disclaims all warranties, express or implied, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose.GoGoGo is not responsible for packages left at our facilities which may be subject to events such as theft and/or acts of God.Packages returned to sender and held at our facilities will be held for a maximum of 30 days from the date of return and are subject to a $5/day storage fee; if they are not claimed after this period the package(s) will be discarded.This packaging is sold "as is" "with all faults." Any claims, concerns or issues with a shipment should be brought to our attention within 5 days from the date of this invoice or within 24hrs from the date of delivery; whichever is earliest. By paying or and accepting this packaging, you agree to release and hold Go Go Go harmless for any claims, suits, disputes or causes of action relating to this packaging as well as any related incidental or consequential damages incurred by you or any other party.