FILED
Feb 19, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
HH

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 19, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-13102-GG
Case Style: Keith Stansell, et al v. Antonio Caballero
District Court Docket No: 1:19-cv-20896-RNS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13102-GG

_____

KEITH STANSELL,
MARC GONSALVES,
THOMAS HOWES,
JUDITH JANIS, as Personal Representative of the Estate of Greer Janis,
MICHAEL JANIS,
CHRISTOPHER T. JANIS,
JONATHAN N. JANIS,

                        Plaintiffs-Counter Defendants
                        Appellees,

SATORI FINE LINENS,
NEWMIL MARINE, LLC,

                        Intervenors-Plaintiffs,

versus

REVOLUTIONARY ARMED FORCES OF COLOMBIA,
COLES ADVENTURES, LLC,

                        Defendants,

UBS FINANCIAL SERVICES, INC.,
BRANCH BANKING & TRUST COMPANY,
SAFRA NATIONAL BANK OF NEW YORK,
MORGAN STANLEY SMITH BARNEY, LLC,
SAFRA SECURITIES, LLC,
OXBOW CARBON, LLC,
SSM PETCOKE, LLC,
OXBOW ENERGY SOLUTIONS, LLC,
H.J. BAKER & BRO., LLC,

|  |  |
|---|---|
|  | Interested Parties, |
| CITIBANK, N.A., |  |
|  | Interested Party-Cross Claimant Counter Claimant, |
| ANTONIO CABALLERO, |  |
|  | Interested Party-Appellant, |
| LEUCADENDRA 325 LLC, |  |
|  | Claimant-Appellant, |
| SAMARK JOSE LOPEZ BELLO, YAKIMA TRADING CORPORATION, |  |
|  | Intervenors-Cross Defendant Appellants, |
| EPBC HOLDINGS, LTD., 1425 BRICKELL AVE 63-F LLC, 1425 BRICKELL AVE UNIT 46B LLC, 1425 BRICKELL AVE 64E LLC, 200G PSA HOLDINGS LLC, |  |
|  | Intervenors-Cross Defendant Appellants, |
| MFAA HOLDINGS, |  |
|  | Intervenor, |
| SIX SIS LTD., |  |
|  | Cross Defendant. |

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: WILSON, ROSENBAUM and GRANT, Circuit Judges.

BY THE COURT:

We hereby DISMISS this appeal for lack of jurisdiction. Appellant Antonio Caballero seeks to appeal from the denial of his motion to intervene pursuant to Fed. R. Civ. P. 24(b). However, the district court's denial order was neither a final order nor did it fall into a specific class of interlocutory orders that are made appealable by statute or jurisprudential exception. *See* 28 U.S.C. §§ 1291, 1292; *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009); *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000). Moreover, this Court cannot exercise provisional jurisdiction under the "anomalous rule" because Caballero's motion to intervene expressly and unambiguously sought permissive intervention only. *See Stone v. First Union Corp.*, 371 F.3d 1305, 1308 (11th Cir. 2004); *Davis v. Butts*, 290 F.3d 1297, 1298-99 (11th Cir. 2002). Accordingly, we lack jurisdiction to hear this appeal.

All pending motions are DENIED as MOOT. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.