UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-20896-RNS

KEITH STANSELL, et al.,

    *Plaintiffs,*

v.

JUVENAL OVIDIO RICARDO PALMERA PINEDA and
REVOLUTIONARY ARMED FORCES OF COLOMBIA,

    *Defendants.*
_____/

## STATUTORY NOTICE TO APPEAR

**TO:**   Samark Jose Lopez Bello
        and
        **YAKIMA TRADING CORP:**

YOU ARE HEREBY NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment have been initiated against you by Judgment Creditors, Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Michael Janis, Christopher Janis, and Jonathan Janis, who seek satisfaction of their unsatisfied judgment by application of the following intangible security assets owned by you:

> **Itemized security assets identified and itemized at D.E. No. 546-1, Exs. 1,2, pp. 16–22, as amended and sealed by Order [D.E. 555], and related cash assets in the blocked securities account.**

You are required to serve an affidavit **no later than seven (7) business days from the date of service of this Notice** stating why the assets identified above should not be applied toward the satisfaction of the judgment. The affidavit must be served on counsel of Judgment Creditor: Newton Porter or Tony Korvick, Porter & Korvick, P.A., 400 Ponce De Leon Blvd., Suite 470, Coral Gables, FL 33146, via email at either nporter@porterandkorvick.com or tkorvick@porterandkorvick.com. You must file the original affidavit with the clerk of court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied towards the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the Judgment Creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHTS TO THE IDENTIFIED PROPERTIES. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE IDENTIFIED PROPERTIES BELONG TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE IDENTIFIED PROPERTIES TO THE JUDGMENT CREDITOR IN SATISFACTION OF THE JUDGMENT OR SUCH OTHER RELIEF AS THE COURT ORDERS PURSUANT TO LAW.**

**DONE and ORDERED** in Chambers in Miami, Florida, this 2nd day of October, 2024.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge