UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-20896-SCOLA

KEITH STANSELL, et al.

    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT UNDER LOCAL RULE 16.4

Plaintiffs in this matter (Keith Stansell, Marc Gonsalves, Thomas Howes, Judith Janis, Individually and on behalf of the Estate of Greer Janis, Christopher Janis, Michael Janis, and Jonathan Janis, collectively the "Stansell plaintiffs") and Plaintiffs in *Meudy Alban Osio vs. Nicolas Maduro Moros, FARC, Cartel of the Suns et al*, S.D.F.L. Case 1:21-cv-20706-Gayles-Torres (Meudy Albán Osio, individually and as the personal representative of the Estate of Fernando Alberto Albán, deceased, Fernando Albán Osio, and Maria Fernanda Albán Osio, collectively the "Alban plaintiffs"), who have also been named as third parties defendants in this matter by JPMorgan Chase Bank N.A. ("JPMCB") (ECF 585), hereby notify the Court that on November 15, 2024 they amicably settled their competing claims of lien priority on the blocked assets of Petrocedeno S.A. on deposit with JPMorgan Chase Bank N.A. ("JPMCB"), which were the subject of writs of garnishment separately levied by both the Stansell plaintiffs and the Alban plaintiffs in their respective actions. This settlement has now resolved all competing creditor claims because the Stansell and Alban plaintiffs are the only judgment creditors who have levied wits of garnishment on the Petrocedeno S.A. blocked assets, and pursuant to their settlement they are now jointly pursuing turnover of the blocked assets of Petrocedeno S.A. from JPMCB and/or Valero Energy Corporation or Valero Marketing and Supply Company, and any future recovery by the Stansell or Alban plaintiffs on their respective writs, or their pending § 56.29 proceedings supplementary, will be evenly shared under their agreement.[1]

---

[1] The *Stansell* plaintiffs have a separate prior sharing agreement with the *Pescatore* Third Party Defendants (Plaintiffs in *Pescatore v. FARC* S.D.F.L. Case 1:19-cv-20811-Scola), and the *Alban*

Respectfully submitted November 18, 2024.

/s/ Newton P. Porter (FL Bar: 833738)  
/s/ Tony Korvick (FL Bar: 0768405)  
PORTER & KORVICK, P.A.  
Attorneys for Stansell Plaintiffs  
4000 Ponce de Leon Blvd. Suite 470208  
Coral Gables, Florida 33146  
(305) 373-5040  
nporter@porterandkorvick.com  
tkorvick@porterandkorvick.com  

/s/ Richard B. Rosenthal (FL Bar: 0184853)  
THE LAW OFFICES  
OF RICHARD B. ROSENTHAL, P.A.  
Co-counsel for Stansell Plaintiffs  
1581 Brickell Avenue  
Suite 1408  
Miami, Florida 33129  
(305) 992-6089  
rbr@rosenthalappeals.com  

/s/ Jaime D. Guttman (Fla. Bar No. 44076)  
jaime@scale.law  
SCALE LAW PARTNERS, LLC  
777 Brickell Avenue, Suite 500  
Miami, FL 33131  
(786) 273-9033  
Counsel for Albán Judgment Creditors/Plaintiffs  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL  
U.S. Department of the Treasury  
1500 Pennsylvania Ave. NW  
Washington DC  
[by email service directly to OFAC counsel in compliance with 31 CFR 501.605]

/s/ Tony Korvick  
TONY KORVICK (FL Bar 768405)  
PORTER & KORVICK, P.A.  
Attorneys for Stansell Plaintiffs  
4000 Ponce de Leon Blvd Suite 470  
Coral Gables, Florida 33146  
Telephone: (305) 373-5040  
tkorvick@porterandkorvick.com  

---

plaintiffs have a separate sharing agreement with the *Marron* Third Party Defendants (Plaintiffs in *Marron v. Maduro et al*. S.D.F.L. Case 1:21-cv-23190-Moreno).