UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-20896-Scola/Torres

KEITH STANSELL, et al.
    Plaintiffs,

vs.

REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC); et al.,
    Defendants.
_____/

### NOTICE OF COMPLIANCE WITH FLA. STAT. §77.041(2)
*Writs of Garnishment ECF 773, 774*

Plaintiffs' undersigned counsel hereby certifies their **June 16, 2025** compliance [within 3 business days after the writ was served on the garnishee] with Fla. Stat. § 77.041(2) by mailing a copy of the writs of garnishment ECF 773 and 774 and the motion for writ of garnishment, and with respect to the individual Samark Jose Lopez Bello, and the statutory Notice to Defendant, via first class mail to Samark Jose Lopez Bello and his entities:

SAMARK JOSE LOPEZ BELLO
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

SAMARK JOSE LOPEZ BELLO
Business Center Galipan
Centro Empresarial Galipan
Avenida Francisco de Miranda
Caracas, Miranda, Venezuela 1060

1000 INVESTMENT GROUP LIMITED
Trident Chambers, Wickhams Cay
PO BOX 146
Road Town, Tortola, British Virgin Islands

1425 BRICKELL AVENUE 63-F LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

1425 BRICKELL AVENUE 64E LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

1425 BRICKELL AVENUE UNIT 46B, LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

2000 S INVESTMENTS GROUP LTD
Hunkins Waterfront Plaza, Suite 556
Main Street, Charlestown, Nevis

200G PSA HOLDINGS LLC
WIZE TAX SERVICES LLC
200 S. BISCAYNE BLVD SUITE 2700
MIAMI, FL  33131  US

| | |
|---|---|
| 200G PSA HOLDINGS LLC<br>JSH REGISTER AGENT SERVICES INC.<br>200 S BISCAYNE BLVD Suite 2700<br>MIAMI, FL 33131 | BEACH FOUNDERS HOLDINGS CORP<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| 200G PSA HOLDINGS LTD<br>281 WATERFRONT DRIVE<br>ROAD TOWN  TORTOLA | BEACH FOUNDERS PROPERTY CORP<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| 6301 COLLINS AVENUE 1008 LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD STE 2700<br>MIAMI, FL 33131 | CONSORCIO PROFVENCA<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| 9000 SW 63RD COURT LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD STE 2700<br>MIAMI, FL 33131 | CROTO PARTNERS INC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| AGUSTA GRAND I LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD STE 2700<br>MIAMI, FL 33131 | EPBC HOLDINGS LTD<br>JSH REGISTER AGENT SERVICES INC.<br>200 S BISCAYNE BLVD Suite 2700<br>MIAMI, FL 33131 |
| ALFA ONE, C.A.<br>Av. Principal, Manzana 26, Cto. Empres.<br>Piacoa, piso 1,<br>Ofic. 4, Zona In. Los Pinos,<br>Puerto Ordaz, Estado Bolivar, Venezuela | EPBC MANAGEMENT LLC<br>Attn: Eric Castillo, Manager<br>5305 SW 103 AVE<br>COOPER CITY, FL 3332 |
| ALLAIRE, S.A.<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | GRUPO SAHECT, C.A.<br>Av. Guaicaipuro, con Calle Urdaneta<br>Edificio San Marco, piso 9, Ofic. 9-2; Chacao<br>Caracas Venezuela |
| AP JET LEASE LLC<br>Delaware Corporations LLC<br>1000 N. West St. Ste. 1501<br>Wilmington, DE 19801 | GV AIRCRAFT LLC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| AUTOHOLD INVESTMENTS LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD STE 2700<br>MIAMI, FL 33131 | HAWK MARINE MANAGEMENT LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD SUITE 2700<br>MIAMI, FL 33131 |

| | |
|---|---|
| IVYCITY WORLDWIDE LIMITED<br>PO Box 146, Trident Chambers<br>Wickhams Cay, Road Town<br>Tortola, British Virgin Islands | MFAA III TRUST<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| LEUCADENDRA 325 LLC<br>JSH REGISTER AGENT SERVICES INC<br>200 S BISCAYNE BLVD SUITE 2700<br>MIAMI, FL 33131 | NAUTICAL CORP<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| LLP TRUST<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | OCTOBER V HOLDINGS LLC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| MP 900 HELITAXI FINANCE, LLC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | OCTOBER VENTURES LTD<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| MFAA ASSETS 2 LIMITED<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | OIL REFINERY LLC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| MFAA ASSETS GROUP LIMITED<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | PINOCHETTO CORP<br>JSH SERVICES INC<br>111 NE 1ST STREET 8TH FLOOR<br>MIAMI, FL 33132 |
| MFAA ASSETS LIMITED<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | POSTAR INTERTRADE LIMITED<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| MFAA I TRUST<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | PROFIT CA, CORP<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |
| MFAA II TRUST<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | PROFIT CORPORATION, C.A.<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 |

PROFIT DEVELOPMENT ILLINOIS LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

PROFIT DEVELOPMENT INVESTMENTS LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

PROFIT INTERNATIONAL GROUP CORP
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

PYP INTERNATIONAL LLC
JSH REGISTER AGENT SERVICES INC
200 S BISCAYNE BLVD SUITE 2700
MIAMI, FL 3313

ROUSANT S.A.
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

SAEN 900 GLOBAL INVESTMENTS LLC
Registered Agent Solutions, Inc.
1679 S Dupont Hwy Ste 100
Dover, DE 19901

SEA MFAA CORP
JSH REGISTER AGENT SERVICES INC
200 S BISCAYNE BLVD SUITE 2700
MIAMI, FL 33131

SERVICIOS TECNOLOGICOS INDUSTRIALES, C.A.
1A TRANSVERSAL, PARCELA 304-26-06, ZONA INDUSTRIAL LOS PINOS, PUERTO ORDAZ, ESTADO BOLIVAR, VENEZUELA

SL FAMILY OFFICE
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

SLB IP LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

SLB TRUST
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

SMT TECNOLOGIA, C.A.
Av. Venezuela
Edificio JWM, piso 7, Ofic. 72 (al lado de Banavih)
El Rosal, Caracas, Venezuela

SN 630 HOLDINGS LLC
JSH REGISTER AGENT SERVICES INC
200 S BISCAYNE BLVD SUITE 2700
MIAMI, FL 33131

SOCIEDAD CONTROLANTE INTERNACIONALES S.A.
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

TUCU JET LEASE LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

YAKIMA DEVELOPMENT II LLC
1701 DIRECTORS BLVD STE 300
AUSTIN, TX 78744-1044

YAKIMA DEVELOPMENT LLC
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

YAKIMA HOLDINGS US LIMITED
Calle los Cedros con Calle El Saman
Quinta Manantial, Country Club
Caracas, Miranda, Venezuela 1060

| | |
|---|---|
| YAKIMA OIL TRADING LLC<br>54 Portland Place,<br>London, United Kingdom, W1B 1DY | YPP LATAM HOLDINGS CORP<br>The Phoenix Centre, George Street,<br>George Street, Belleville, St. Michael,<br>Barbados., Barbados |
| YAKIMA OIL TRADING LLP<br>54 Portland Place,<br>London, United Kingdom, W1B 1DY | YPP OFFSHORE HOLDINGS CORP<br>The Phoenix Centre, George Street,<br>Belleville, St Michael, Barbados |
| YAKIMA TRADING CORP<br>Calle Beatriz M. De Cabal, Edificio Banco,<br>Aliado Octavo Piso, P.O Box 5108,<br>Panama, Panama | YPP US HOLDINGS CORP<br>The Phoenix Centre, George Street,<br>Belleville, St Michael, Barbados |
| YAKIMA TRADING LLC<br>Calle los Cedros con Calle El Saman<br>Quinta Manantial, Country Club<br>Caracas, Miranda, Venezuela 1060 | YPP US HOLDINGS VENEZUELA I S.C.A.<br>The Phoenix Centre, George Street,<br>Belleville, St Michael, Barbados |
| | YPP US HOLDINGS VENEZUELA II S.C.A.<br>The Phoenix Centre, George Street,<br>Belleville, St Michael, Barbados |

Respectfully submitted June 16, 2025.

| | |
|---|---|
| /s/ Newton Porter<br>NEWTON P. PORTER<br>(Florida Bar No. 833738)<br>nporter@porterandkorvick.com<br>PORTER & KORVICK, P.A.<br>4000 Ponce de Leon Blvd., Suite 470<br>Coral Gables, Florida 33146<br>Telephone:     (305) 373-5040<br>Attorneys for Plaintiffs | /s/ Tony Korvick<br>TONY KORVICK<br>(Florida Bar No. 768405)<br>tkorvick@porterandkorvick.com<br>PORTER & KORVICK, P.A.<br>4000 Ponce de Leon Blvd., Suite 470<br>Coral Gables, Florida 33146<br>Telephone:     (305) 373-5040<br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document and the notice of electronic filing by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington DC
[by email to OFACReport@treasury.gov, pursuant to 31 CFR 501.605(A)(3)]

/s/ Tony Korvick
TONY KORVICK
(Florida Bar No. 768405)
Attorneys for Plaintiffs
PORTER & KORVICK, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Telephone:    (305) 373-5040
tkorvick@porterandkorvick.com