# Exhibit 1

TD-F 93.02  OMB No. 1505-0164

**REPORT ON BLOCKED PROPERTY - FINANCIAL**
(Use of this form is optional, but the information requested is required by 31 C.F.R. § 501.603)
**UNITED STATES DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL**

### REPORTING INSTITUTION INFORMATION

| | |
|---|---|
| INSTITUTION NAME | JPMorgan Chase Bank, N.A. |
| ADDRESS | 200 White Clay Center Drive |
| CITY | Newark |
| STATE | DE |
| POSTAL CODE | 19711 |
| COUNTRY | United States |
| CONTACT PERSON NAME | Jennifer ▮ |
| TITLE | Vice President, Sanctions Lead |
| TELEPHONE NUMBER | ▮ |
| E-MAIL ADDRESS | ▮ |
| DATE PREPARED | 11/27/2023 |

### Transaction information

| | |
|---|---|
| VALUE (USD) | $2,500,102.24 |
| VALUE DATE | 11/7/2023 |
| DATE OF BLOCKING | 11/20/2023 |
| TYPE OF TRANSACTION OR PROPERTY (e.g., wire transfer, account, letter of credit, check, securities) | Demand Deposit Account |
| LEGAL AUTHORITY OR AUTHORITIES FOR BLOCKING (e.g., 31 C.F.R Part 560) | 31CFR598 |
| SANCTIONS TARGET / NEXUS (e.g., name of Specially Designated National or blocked person) | SULEMAN, MOMADE BACHIR |
| ORIGINATOR NAME & ADDRESS | BCPBT CI LIQUIDATION COMPANY Cayman Islands |
| ORIGINATING FINANCIAL INSTITUTION NAME & ADDRESS | N/A |
| SENDER'S CORRESPONDENT (if applicable) | NA |
| RECEIVER'S CORRESPONDENT (if applicable) | NA |
| INTERMEDIARY FINANCIAL INSTITUTION NAME & ADDRESS | N/A |
| BENEFICIARY FINANCIAL INSTITUTION NAME & ADDRESS | N/A |
| BENEFICIARY NAME & ADDRESS | RBC ROYAL BANK CAYMAN LIMITED ▮ |
| SENDER'S REFERENCE | ▮ |
| BANK REFERENCE NUMBER | ▮ |
| ORIGINATOR TO BENEFICIARY AND / OR BANK TO BANK INFORMATION | BCP LIQ C I-TRANSF ART 153 C.LAW UB O MOMADE BACHIR OR ABIDA MUSSA ORMO MADE SULEMAN<br>NA |

Page 1

ADDITIONAL RELEVANT INFORMATION

**Reason for Decision:**

JPMC has identified a match to OFAC SDN SULEMAN, MOHAMED BACHIR within the remittance info. Upon the request for additional information the remitter confirmed a name and passport name and no OFAC Authorization was provided. The payment is being blocked as an unauthorized transaction involving OFAC SDN Transaction contains a blocked party

**Additional Information:**

The property associated with this transaction is currently blocked and held in JPMC's OFAC suspense account. The property will be deposited into a new blocked, interest-bearing account held at JPMorgan Chase Bank, N.A. by approximately 01/15/2024.

Source:      OFAC

Location:    New York

**Payment Instructions:**

```
Transaction Reference  [redacted]
Value Date 231107
Currency USD
Amount 2500102,24
By Order Party
Account Id  [redacted]
Name Address BCPBT CI LIQUIDATION COMPANY I
            [redacted]

Sender
BIC SWF [redacted]
Name Address BCOMPTPLXXX
Debit Party
Account Id  [redacted]
Name Address BANCO COMERCIAL PORTUGUES S.A.
            [redacted]

Reference Number  [redacted]
Credit Party
Account Id  [redacted]
Name Address RBC ROYAL BANK (CAYMAN) LIMITED
            [redacted]

Ultimate Beneficiary
Account Id  [redacted]
Name Address RBC ROYAL BANK (CAYMAN) LIMITED
Remittance Info BCP LIQ C I-TRANSF ART 153 C.LAW UB
O MOMADE BACHIR OR ABIDA MUSSA ORMO
MADE SULEMAN
By Order Party
Account Id  [redacted]
Name Address BCPBT CI LIQUIDATION COMPANY I
            [redacted]

Sender
BIC SWF [redacted]
Name Address BCOMPTPLXXX
Debit Party
Reference Number  [redacted]
Credit Party
BIC SWF [redacted]
Ultimate Beneficiary
Account Id  [redacted]
Name Address RBC ROYAL BANK (CAYMAN) LIMITED
Remittance Info BCP LIQ C I-TRANSF ART 153 C.LAW
UBO MOMADE BACHIR OR ABIDA MUSSA OR
MOMADE SULEMAN
```

SUPPORTING DOCUMENTATION

Public reporting burden for this collection of information is estimated to average 30 minutes per response. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information to the Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Freedman's Bank Building, Washington, DC 20220