United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Keith Stansell, and others,<br>Plaintiffs,<br><br>v.<br><br>Revolutionary Armed Forces of<br>Columbia, Defendant. | )<br>)<br>)<br>)  Case No. 19-20896-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred (ECF No. 911) to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion seeking the entry of a final turnover judgment on writs of garnishment issued to Deutsche Bank Trust Company Americas (Pls.' Mot., ECF No. 888). Judge Torres issued a report, recommending that the Court grant the motion and enter a turnover judgment in the Plaintiffs' favor. (Rep. & Recs., ECF No. 936.) No objections have been filed and the time to do so has passed. Irrespective of the lack of objections, the Court has considered Judge Torres's report on a de novo basis and finds it cogent and compelling and thus **adopts** it in full (**ECF No. 936**), **granting** the Plaintiffs' motion (**ECF No. 888**) and entering a **final turnover judgment** as follows.

(1) The Court **orders** Garnishee Deutsche Bank Trust Company Americas to turn over to the Plaintiffs all the blocked assets in accounts ***166, ***342, ***641, ***895, ***908, ****885, ****367, ****957, ****511, ****285, ****731, ****854, ****862, ****660, ****679, ****812, ****935, ****065, ****233, ****591, ****604, ****079, ****431, ****917, ****992, ****311, ****776, ****856, ****880, ****344, ****379, ****424, ****475, ****555, ****707, ****715, ****056, ****101, ****929, ****690, and ****845, as identified in Deutsche Bank Trust Company Americas' answer. (ECF No. 833 at 2, ¶4.) Turnover must be effected in the manner previously agreed to by the parties.

(2) Upon satisfaction of this turnover judgment, Deutsche Bank Trust Company Americas' obligations under the writ, with respect to the blocked accounts, will be discharged.

**Done and ordered**, in Miami, Florida, on August 29, 2025.

_____
Robert N. Scola, Jr.
United States District Judge