United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Keith Stansell, and others, Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 19-20896-Civ-Scola |
| Revolutionary Armed Forces of Columbia, Defendant. | ) ) ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This matter was referred (ECF No. 911) to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion seeking the entry of a final turnover judgment on a writ of garnishment issued to SAFRA National Bank of New York. (Pls.' Mot., ECF No. 899). Judge Torres issued a report, recommending that the Court grant the motion and enter a turnover judgment in the Plaintiffs' favor. (Rep. & Recs., ECF No. 964.) No objections have been filed and the time to do so has passed. Irrespective of the lack of objections, the Court has considered Judge Torres's report on a de novo basis and finds it cogent and compelling and thus **adopts** it in full (**ECF No. 964**), **granting** the Plaintiffs' motion (**ECF No. 899**) and entering a **final turnover judgment** as follows.

(1) The Court **orders** Garnishee SAFRA National Bank of New York, to turn over to the Plaintiffs the blocked funds specified in the Plaintiffs' motion and which SAFRA National Bank of New York confirmed in its answer are blocked based on PYP International LLC's interest in the funds. (ECF No. 895). Turnover must be effected in the manner described by the Plaintiffs in their proposed order (ECF No. 899-1, ¶ 14).

(2) Upon satisfaction of this turnover judgment, SAFRA National Bank of New York's obligations under the writ, with respect to the blocked funds, will be discharged.

**Done and ordered**, in Miami, Florida, on September 5, 2025.

Robert N. Scola, Jr.
United States District Judge